**B 1 Official Form 1 (1/08)**

United States Bankruptcy Court
District of Delaware

Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Triple Crown Media, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule 1 to Voluntary Petition** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**20-3012824** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**725 Old Norcross Road**<br>**Lawrenceville, GA** | ZIP CODE<br>**30045** | Street Address of Joint Debtor (No. & Street, City, and State): | ZIP CODE |
|---|---|---|---|

| County of Residence or of the Principal Place of Business:<br>**Gwinnett** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**Same** | ZIP CODE | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |
|---|---|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☒ Debts are primarily business debts.

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to nsiders or affiliates) are less than $2,190,000<br>Check all applicable boxes:<br>☒ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to 10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 Million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 Million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Triple Crown Media, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **See attached Rider A** | Case Number: (Jointly Administered) | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☒ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes).

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of Landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Triple Crown Media, Inc.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **/s/Robert J. Dehney**<br>Signature of Attorney for Debtor(s)<br>**Robert J. Dehney**<br>Printed Name of Attorney for Debtor(s)<br>**Morris, Nichols, Arsht & Tunnell LLP**<br>Firm Name<br>**1201 N. Market St.**<br>**PO Box 1347**<br>**Wilmington, DE 19899-1347**<br>Address<br>**(302) 658-9200**<br>Telephone Number<br>**September 14, 2009**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is correct. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(h); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X **/s/Mark G. Meikle**<br>Signature of Authorized Individual<br><br>**Mark G. Meikle**<br>Printed Name of Authorized Individual<br><br>**Executive Vice President and Chief Financial Officer**<br>Title of Authorized Individual<br><br>**September 14, 2009**<br>Date | _____<br>Address<br><br>X _____<br><br>_____<br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# SCHEDULE 1

## Other Names Used by the Debtors

**Debtors:**

Triple Crown Media, Inc.
Triple Crown Media, LLC
Gray Publishing, LLC
Capital Sports Properties, Inc.
BR Acquisition, Inc.
Datasouth Computer Corporation
BR Holding, Inc

**Trade Names Currently in Use:**

The Albany Herald
Rockdale Citizen
Newton Citizen
Gwinnett Daily Post
Clayton News Daily
Henry Daily Herald
Jackson Progress – Argus
Clayton News Weekly

In addition to the above-listed Debtors and current trade names for the Debtors, the Debtors have been involved in several transactions over the last several years in which they have sold various entities. Among the list of entities that were formerly associated with Triple Crown, but are no longer part of the Triple Crown family of companies and are not Debtors or affiliates of Debtors in these bankruptcy proceedings are:

| | | | |
|---|---|---|---|
| Host Sports | (sold) | Furman Athletics Marketing | (sold) |
| HCI | (sold) | Jayhawk Sports Marketing | (sold) |
| Dave Campbell Texas Football | (sold) | Husker Sports Network | (sold) |
| Roundball Ruckus | (sold) | Oregon Sports Network | (sold) |
| 3-v-3 Soccer Tour | (sold) | Rice Sports Marketing | (sold) |
| Let it Fly Tour | (sold) | SoCon Sports Properties | (sold) |
| UK Sports Network | (sold) | Sports Communications | (sold) |
| Big Blue Sports Marketing | (sold) | Mainstreet Productions | (sold) |
| Vol Network | (sold) | Lexington Productions | (sold) |
| Longhorn Sports Network | (sold) | Wolverine Sports Network | (sold) |
| Hoop-it-Up International, Inc. | (sold) | HBCC | (sold) |
| Hoop-it-Up | (sold) | Artcraft Press | (sold) |
| Soccer Shootout | (sold) | Thoroughbred Press | (sold) |
| Pinnacle Sports Productions, Inc. | (sold) | Eagle Sports Marketing. | |
| Seminole Athletic Marketing | (sold) | Hilltoppers Sports Marketing | (sold) |
| Cowboy Sports Marketing | (sold) | Wildcats Sports Properties | (sold) |
| Goshen News | (trade name - sold) | | |

Host Communications International SARL   (Dissolved)
Historically Black Collegiate Coalition ( sold)
University of Michigan Sports Network  (sold)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| **TRIPLE CROWN MEDIA, INC.,** *et al.,*[1]  Debtors. | Case No. 09-_____ (   ) |
| | Jointly Administered |

## Rider A

### Pending Bankruptcy Cases Filed by Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court jointly administer their chapter 11 cases for administrative purposes only.

> Triple Crown Media, Inc., a Delaware corporation
> Triple Crown Media, LLC, a Delaware limited liability company
> BR Acquisition Corp., a Georgia corporation,
> BR Holding, Inc., a Georgia corporation,
> Datasouth Computer Corporation, a Delaware corporation
> Gray Publishing, LLC, a Delaware limited liability company
> Capital Sports Properties, Inc., a Delaware corporation

3111847.1

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Triple Crown Media, Inc. (2824), Triple Crown Media, LLC (2824), BR Acquisition Corp. (8679), BR Holding, Inc. (7599), Datasouth Computer Corporation (9261), Gray Publishing, LLC (7061), and Capital Sports Properties, Inc. (6084). The service address for all of the Debtors for purposes of these chapter 11 cases is: 725 Old Norcross Road, Lawrenceville, GA 30045.

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIPLE CROWN MEDIA, LLC,** | |
| **a Delaware corporation,** | **Case No. 09-_____** |
| **Debtor** | |
| | **Jointly Administered** |
| **725 Old Norcross Road** | |
| **Lawrenceville, GA 30045** | |
| **Employer Tax I.D. Number: 20-3012824** | |

### EXHIBIT A TO VOLUNTARY PETITION

1.      If any of Debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is:  000-51636.

2.      The following financial data is the latest available information and refers to Debtor's condition on August 31, 2009.

a.      Total Assets:          $33,145,863

b.      Total Liabilities:      $85,978,722

|   |   |   | Approximate number of holders |
|---|---|---|---|
| c. | Debt securities held by more than 500 holders: secured / / unsecured / / subordinated / / | $_____ N/A _____ | $ N/A _____ |
| d. | Number of shares of preferred stock: | | |
| | Series A: 50,000,000 authorized, 20,890,000 issued and outstanding | | 5 |
| | Series B: 20,000,000 authorized, 6,051,000 issued and outstanding | | 1 |
| e. | Number of shares of common stock | | |
| | 25,000,000 authorized, 5,591,626 issued and outstanding | | 385 |

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

Comments, if any:_____

3.      Brief description of Debtor's business:  Debtor is engaged in publishing community newspapers, with locally driven content.

4.      The name of any person (as defined in 11 U.S.C. §101(41)) who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of Debtor:[1]

| |
|---|
| J. Mack Robinson |
| Harriet J. Robinson |
| GAMECO Investors, Inc. |
| Harvey Sandler |
| Dimensional Fund |
| Somerset Capital |
| S. Mudio & Co. |

**TRIPLE CROWN MEDIA, INC.**

By:     */s/Mark G. Meikle*_____
        Mark G. Meikle
        Secretary

---

[1] Based upon most recent filings with the Securities and Exchange Commission.

1417432_1

# TRIPLE CROWN MEDIA, INC.
## OFFICER'S CERTIFICATE

The undersigned, Mark Meikle, hereby certifies that he is the duly elected, qualified and acting Chief Financial Officer and Secretary of Triple Crown Media, Inc., a Delaware corporation (the "Corporation"), and that as such, he is familiar with the facts herein certified and is duly authorized to certify the same and does hereby certify as follows:

1. Attached hereto as Exhibit A is a true, accurate and complete copy of resolutions of the Corporation's Board of Directors (the "Corporate Resolutions" ) (i) authorizing the Corporation and the LLC Subsidiaries[1] to file for relief under Chapter 11 of the Bankruptcy Code; (ii) authorizing the Corporation and the LLC Subsidiaries to retain and employ various professionals to assist the Corporation and the LLC Subsidiaries in carrying out their duties under the Bankruptcy Code and any other matters relating to its Chapter 11 case; (iii) authorizing the Corporation and the LLC Subsidiaries to enter into a Restructuring Support Agreement with the Supporting Second Lien Lenders[2] and Wilmington Trust, FSB, as administrative and collateral agent for the Second Lien Lenders[3]; (iv) authorizing the Corporation and the LLC Subsidiaries to file and seek approval of a Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code; (v) authorizing the Corporation to file certain forms with the Securities and Exchange Commission; (vi) giving Authorized Persons[4] the authority to take any and all actions necessary and appropriate to carry out the purpose and intent of the Corporate Resolutions; and (vii) ratifying and affirming certain acts of the Corporation's and the LLC Subsidiaries' officers and employees taken prior to the adoption of the Corporate Resolutions.

2. The Corporate Resolutions have not been modified and they remain in full force and effect as of the date of the filing of the bankruptcy petition.

IN WITNESS WHEREOF, the undersigned has set his hand this 11th day of September, 2009.

_____
Mark Meikle, Chief Financial Officer and
Secretary
Triple Crown Media, Inc.

---

[1] As that term is defined in the authorizing resolutions attached hereto as Exhibit A.
[2] As that term is defined in the Restructuring Support Agreement.
[3] As that term is defined in the Restructuring Support Agreement.
[4] As that term is defined in the authorizing resolutions attached hereto as Exhibit A.

001642.4

**EXHIBIT A**

**TRIPLE CROWN MEDIA, INC.**

**RESOLUTIONS OF THE BOARD OF DIRECTORS**

**SEPTEMBER 11, 2009**

### FILING FOR RELIEF UNDER CHAPTER 11

**WHEREAS,** upon careful consideration and after seeking alternative solutions, and contingent upon execution of the Restructuring Support Agreement[5] by the Supporting Second Lien Lenders[1] and Wilmington Trust, FSB, as administrative agent and collateral agent for the Second Lien Lenders[1], the Board of Directors of Triple Crown Media, Inc., a Delaware corporation (the "Corporation"), deems it advisable and in the best interests of the Corporation, its creditors, stockholders, employees, and other interested parties, that the Corporation and its wholly-owned subsidiaries, Triple Crown Media, LLC and Gray Publishing, LLC (the "LLC Subsidiaries"), seek a financial restructuring including the filing of a petition by the Corporation and the LLC Subsidiaries, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**NOW THEREFORE, IT IS HEREBY**

**RESOLVED,** that contingent upon execution of the Restructuring Support Agreement by the Supporting Second Lien Lenders and Wilmington Trust, FSB, as administrative agent and collateral agent for the Second Lien Lenders, the Corporation and the LLC Subsidiaries are authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code on or about September 14, 2009;

**FURTHER RESOLVED,** that the officers of the Corporation and the LLC Subsidiaries, and such other employees of the Corporation and the LLC Subsidiaries as shall be designated from time to time (collectively, the "Authorized Persons"), be, and each of them hereby is, severally authorized, empowered and directed to perform or to cause to be performed, in the name and on behalf of the Corporation and the LLC Subsidiaries, such acts as such Authorized Persons shall deem necessary, appropriate or desirable in connection with the chapter 11 cases of the Corporation and the LLC Subsidiaries; including without limitation, the filing of all petitions, schedules, lists, statements, applications, pleadings, and other papers;

**FURTHER RESOLVED,** that any and all acts lawfully done or actions lawfully taken by any and all Authorized Persons to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 cases of the Corporation and the LLC Subsidiaries, or any matter

---

[5] As hereinafter defined.

related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation and the LLC Subsidiaries; and

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, any and all Authorized Persons be, and each hereby is, authorized and directed to take or cause to be taken all such further actions, to execute and deliver or cause to be executed and delivered all such further certificates, agreements, instruments and documents in the name and on behalf of the Corporation and the LLC Subsidiaries, as a debtor and debtor-in-possession, and to incur all such fees and expenses as in their judgment shall be necessary or advisable in order to carry out fully the intents and purposes of these resolutions.

## RESTRUCTURING SUPPORT AGREEMENT

**WHEREAS,** upon careful consideration, the Board of Directors deems it advisable and in the best interests of the Corporation and the LLC Subsidiaries, their creditors, owners, employees, and other interested parties, in furtherance of the financial restructuring, for the Corporation and the LLC Subsidiaries to enter into a restructuring support agreement with the Supporting Second Lien Lenders[6] and Wilmington Trust, FSB, as administrative and collateral agent for the Second Lien Lenders[7], whereby the parties thereto agree to support a pre-arranged financial restructuring of the Corporation and the LLC Subsidiaries (the "Restructuring Support Agreement");

**NOW THEREFORE, IT IS HEREBY**

**RESOLVED,** that the form, terms and provisions of the Restructuring Support Agreement and the performance of the Corporation and the LLC Subsidiaries of their obligations thereunder be, and hereby are, in all respects, authorized, adopted and approved;

**FURTHER RESOLVED,** that any and all Authorized Persons be, and each hereby is, authorized, directed, and empowered, either jointly or severally, for and on behalf of and in the name of the Corporation and the LLC Subsidiaries, to execute and deliver the Restructuring Support Agreement in substantially the form as provided to the Board of Directors with such amendments as are approved from time to time by such Authorized Person(s) with the advice of counsel at this time or at any other time and to perform, or cause the Corporation and the LLC Subsidiaries to perform their obligations thereunder.

## PLAN OF REORGANIZATION

**WHEREAS,** the Board of Directors deems it advisable and in the best interests of the Corporation and the LLC Subsidiaries, their creditors, owners, employees, and other interested parties that the Corporation and the LLC Subsidiaries file and seek approval of a Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan"), which provides, among other things, that (i) the First Lien Credit Facility[8] will remain unaltered; (ii) that the Second Lien Credit

---

[6] As that term is defined in the Restructuring Support Agreement.
[7] As that term is defined in the Restructuring Support Agreement.
[8] As that term is defined in the Plan.

Facility[9] will be extinguished and replaced with a modified $10 million second lien credit facility; in addition, the remaining balance of the Second Lien Credit Facility will be converted to a 90% equity interest in the Reorganized Triple Crown[10]; (iii) the stock of the Corporation, including its Series A Preferred Stock, Series B Preferred Stock and Common Stock, will be extinguished, and the holders of Series A Preferred Stock will receive a 5% equity interest in the Reorganized Triple Crown, provided they vote to adopt the Plan; (iv) the holders of general unsecured claims will be paid in the ordinary course of business; and (v) 5% of the outstanding shares of Reorganized Triple Crown will be allocated to a management incentive plan;

**NOW THEREFORE, IT IS HEREBY**

**RESOLVED**, that the form, terms and provisions of the Plan and the performance of the Corporation and the LLC Subsidiaries of their obligations thereunder be, and hereby are, in all respects, authorized, adopted and approved;

**FURTHER RESOLVED**, that any and all Authorized Persons be, and each hereby is, authorized, directed, and empowered, either jointly or severally, for and on behalf of and in the name of the Corporation and the LLC Subsidiaries, to (i) file and seek approval of the Plan in substantially the form as provided to the Board of Directors with such amendments as are approved from time to time by such Authorized Person(s) with the advice of counsel at this time or at any other time; (ii) take any and all further acts and make any further filings as may be necessary to effectuate the approval of the Plan; and (iii) perform, or cause the Corporation and the LLC Subsidiaries to perform their obligations under the Plan.

## RETENTION OF PROFESSIONALS

**WHEREAS**, in order to facilitate the filing of a petition by the Corporation and the LLC Subsidiaries, seeking relief under the provisions of chapter 11 of the Bankruptcy Code, it is in the best interests of the Corporation and the LLC Subsidiaries, to retain and employ assistance by attorneys, financial advisors, investment bankers, accountants, and other professionals as required;

**NOW THEREFORE, IT IS HEREBY**

**RESOLVED**, that the employment of the law firm of Dinsmore & Shohl LLP as general bankruptcy counsel to the Corporation and the LLC Subsidiaries to represent, advise and assist the Corporation and the LLC Subsidiaries in carrying out their duties under the Bankruptcy Code and any other matters related to their chapter 11 cases, and to take any and all actions to advance the rights of the Corporation and the LLC Subsidiaries, including filing any pleading, and in connection therewith, hereby is, ratified and approved;

**FURTHER RESOLVED**, that the Authorized Persons, jointly or severally, are hereby authorized and directed to pay any and all additional retainers prior to and immediately upon the filing of the chapter 11 cases of the Corporation and the LLC Subsidiaries (subject to approval of the

---

[9] As that term is defined in the Plan.
[10] As that term is defined in the Plan.

Bankruptcy Court), and to cause to be filed an appropriate application for authority to retain the services of Dinsmore & Shohl LLP;

**FURTHER RESOLVED,** that the employment of the law firm of Morris, Nichols, Arsht & Tunnell LLP to serve as local counsel for the Corporation and the LLC Subsidiaries in the State of Delaware to represent, advise and assist the Corporation and the LLC Subsidiaries in carrying out their duties under the Bankruptcy Code and any other matters related to their chapter 11 cases, and to take any and all actions to advance the Corporation's and the LLC Subsidiaries' rights, including filing any pleading, and in connection therewith, hereby is, ratified and approved;

**FURTHER RESOLVED,** that the Authorized Persons, jointly or severally, are hereby authorized and directed to pay any and all additional retainers prior to and immediately upon the filing of the chapter 11 cases of the Corporation and the LLC Subsidiaries (subject to approval of the Bankruptcy Court), and to cause to be filed an appropriate application for authority to retain the services of Morris, Nichols, Arsht & Tunnell LLP;

**FURTHER RESOLVED,** that the employment of the firm of Caymus Partners, LLC as investment banker and special financial advisor to the Corporation and the LLC Subsidiaries to represent and assist the Corporation and the LLC Subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Corporation and the LLC Subsidiaries, hereby is, ratified and approved;

**FURTHER RESOLVED,** that the Authorized Persons, jointly or severally, are hereby authorized and directed to pay any and all additional retainers prior to and immediately upon the filing of the chapter 11 cases of the Corporation and the LLC Subsidiaries (subject to approval of the Bankruptcy Court), and to cause to be filed an appropriate application for authority to retain the services of Caymus Partners, LLC;

**FURTHER RESOLVED,** that the Corporation and the LLC Subsidiaries are hereby authorized to hire any additional professionals that they deem necessary or appropriate to carry out their duties under the chapter 11 filings; and

**FURTHER RESOLVED,** that the Authorized Persons, jointly or severally, are hereby authorized and directed to execute any appropriate retention agreements, pay appropriate retainers, and cause to be filed any appropriate applications for authority to retain the services of any such other professionals.

## APPROVAL TO FILE SEC FORM 12b-25

**WHEREAS,** as a result of the bankruptcy proceeding, the Corporation will not have audited financial statements prior to the deadline for filing its 10-K with the Securities and Exchange Commission ("SEC");

**NOW THEREFORE, IT IS HEREBY**

RESOLVED, that the Authorized Persons be, and each of them hereby is, severally authorized, empowered and directed to file a Form 12b-25 with the SEC as soon as is practicable for the purpose of notifying the SEC that the Corporation will not be filing its 10-K on a timely basis.

## APPROVAL TO FILE SEC FORM 15

WHEREAS, following confirmation of the Plan, the Corporation will have fewer than 300 security holders of record and as a result the Corporation will be eligible to elect to be suspended from the obligation to file periodic reports under or otherwise maintain compliance with Section 15(d)(6) of the Securities Exchange Act of 1934;

**NOW THEREFORE, IT IS HEREBY**

RESOLVED, that the Authorized Persons be, and each of them hereby is, severally authorized, empowered and directed to file a Form 15 with the SEC, as soon as the Corporation is eligible to do so, for the purpose of electing to be suspended from all reporting and other compliance obligations under the Securities Exchange Act of 1934.

## CHANGE OF ADMINISTRATIVE AGENT

WHEREAS, Wachovia Bank, N.A. notified Triple Crown Media, LLC on August 11, 2009 of its resignation as the Administrative and Collateral Agent under the First Lien Secured Credit Agreement dated December 30, 2005, as amended, effective no later than September 25, 2009;

WHEREAS, Deutsche Bank Trust Company Americas has been appointed as the Successor to Wachovia.

**NOW THEREFORE, IT IS HEREBY**

RESOLVED, that the form, terms and provisions of the Instrument of Appointment and Acceptance by and among Triple Crown Media, LLC, Wachovia Bank, N.A., Deutsche Bank Trust Company Americas, GoldenTree Credit Opportunities Financing I, Ltd., GoldenTree 2004 Trust and [TO BE DETERMINED], each as lenders, in substantially the form, as provided to the Board of Directors, is hereby authorized, adopted and approved;

FURTHER RESOLVED, that any and all Authorized Person(s) be, and each hereby is, authorized, directed and empowered, either jointly or severally, for and on behalf of and in the name of the Corporation and the LLC Subsidiaries, to execute and deliver the Instrument of Appointment and Acceptance in substantially the form as provided to the Board of Directors with such amendments as are approved from time to time by such Authorized Person(s) with the advice of counsel at this time or at any other time and to perform, or cause the Corporation and LLC Subsidiaries to perform, their obligations thereunder.

## GENERAL

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, severally authorized, empowered and directed to perform or to cause to be performed, in the name and on behalf of the Corporation and the LLC Subsidiaries, such acts, under the seal of the Corporation and the LLC Subsidiaries, as such Authorized Persons shall deem necessary, appropriate or desirable in order to fully effectuate the intent of the foregoing resolutions; including without limitation, the authority to prepare, execute and file all certificates, letters, instruments, applications and any other documents that may be required to be filed with the SEC or any other governmental regulatory agency;

**FURTHER RESOLVED**, that any acts of any Authorized Person which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, be, and each such act hereby is, severally ratified, confirmed, approved and adopted as an act in the name and on behalf of the Corporation and the LLC Subsidiaries; and

**FURTHER RESOLVED**, that a copy of these resolutions shall be kept in the Corporation's minute book.

99149_1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| **TRIPLE CROWN MEDIA, INC.**, *et al.*[1] | **Case No. 09-_____** |
| **Debtors.** | **Jointly Administered** |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS

Triple Crown Media, Inc. hereby files a consolidated list of its largest unsecured creditors, based on the books and records of the Debtors as of approximately September 11, 2009 (the "Top 30 List"). The Top 30 List was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' Chapter 11 case. The Top 30 List does not include (1) persons who fall within the definition of "insider" set forth in 11 U.S.C. §101; or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure of the Debtors to list the claim as contingent, unliquidated or unknown does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of the claim.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicated if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Abitibi Consolidated Sales Corp | 1228 Paysphere Circle<br>Chicago, IL 60674<br>Fax: 514-875-3222 | Trade | | $100,673.19 |

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Triple Crown Media, Inc. (2824), Triple Crown Media, LLC (2824), BR Acquisition Corp. (8679), BR Holding, Inc. (7599), Datasouth Computer Corporation (9261), Gray Publishing, LLC (7061), and Capital Sports Properties, Inc. (6084). The service address for all of the Debtors for purposes of these chapter 11 cases is: 725 Old Norcross Road, Lawrenceville, GA 30045.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicated if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bowater Incorporated | 14726 Collections Center Dr. Chicago, IL 60693 Fax: 864-282-9591 | Trade | | 13,787.13 |
| Konica Minolta | LB78240 PO Box 78000 Detroit, MI 48278-0240 Fax: 201-825-7331 | Trade | | 9,019.35 |
| Pro Search and Pro Temps | PO Box 72305 Atlanta, GA 31139-5914 Fax: 770-434-6627 | Trade | | 7,770.20 |
| Office Depot | PO Box 633211 Cincinnati, OH 45263-3211 Fax: 561-438-4464 | Trade | | 6,307.65 |
| Pitney Bowes Purchase Powe | 5101 Interchange Way Louisville, KY 40229 Fax: | Trade | | 6,119.76 |
| Gwinnett Chamber of Commerce | 6500 Sugarloaf Pkey Duluth, GA 30097 Fax: 770-232-8807 | Trade | | 5,000.00 |
| AFLAC | Remittance Processing Center 1932 Wynnton Road Columbus, GA 31999-0797 Fax: 877-442-3522 | Trade | | 3,777.66 |
| AT&T/Atlanta | PO Box 105262 Atlanta, GA 30348-5262 Fax: 404-986-1800 | Trade | | 3,587.97 |
| Wright-Whetstone, LLC | PO Box 2719 Attn: Legal Dept Fax: 770-254-0974 | Trade | | 2,575.11 |
| Adico, Inc. | 2382 Faraday Avenue Ste 350 Carlsbad, CA 92008 Fax: 760-602-9260 | Trade | | 2,350.00 |
| Thorton Brothers, Inc. | PO Box 80366 Athens, GA 30608 Fax: 706-543-0935 | Trade | | 2,172.18 |
| SASI | PO Box 8187 Charlottesville, VA Fax: | Trade | | 2,113.31 |
| Words & Wares Inc. | 1631 Green Oak Circle Ste G Lawrenceville, GA 30043 Fax: 770-513-6134 | Trade | | 2,108.34 |
| Canon Financial Services, Inc. | 14904 Collections Center Dr Chicago, IL 60693 Fax: 856-387-3107 | Trade | | 2,076.96 |
| Lawrenceville Postmaster | 35 Patterson Rd. Lawrenceville, GA 30044 Fax: 770-513-4551 | Trade | | 1,950.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicated if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Select Staffing | Koosharem Corp.<br>24223 Network Place<br>Chicago, IL  60673-1242<br>Fax: 805-898-7111 | Trade | | 1,923.93 |
| Photo Barn Inc. | 4400 Business Park Ct.<br>Lilburn, GA  30047<br>Fax: 770-923-0144 | Trade | | 1,799.95 |
| Insight | PO Box 731069<br>Dallas, TX  75373-1069<br>Fax: | Trade | | 1,747.17 |
| Johnson Controls | PO Box 905240<br>Charlotte, NC  28290<br>Fax: 414-524-2828 | Trade | | 1,716.54 |
| Spirit Service Co | PO Box 28506<br>Columbus, OH  43228<br>Fax: 301-223-1253 | Trade | | 1,674.32 |
| Jon Estes | 213 Woodstone Circle<br>Albany, GA  31701<br>Fax: 229-436-7998 | Trade | | 1,645.00 |
| Universal Press Syndicate | PO Box 419149<br>Kansas City, MO  64141-9149<br>Fax: 816-581-7396 | Trade | | 1,554.20 |
| Atlanta Braves | PO Box 4064<br>Fax: 404-614-7391 | Trade | | 1,543.00 |
| RR Donelley Receivables, Inc. | PO Box 905151<br>Charlotte, NC  28290-5151<br>Fax: 312-326-7156 | Trade | | 1,280.00 |
| Selesource-Norcross | PO Box 921168<br>Norcross, GA  30010-1168<br>Fax: 678-990-1195 | Trade | | 1,270.02 |
| Certified Audit of Circulation | 155 Willowbrook Blvd.<br>Wayne, NJ  7470<br>Fax: 973-785-8341 | Trade | | 1,260.00 |
| Kelly Services, Inc. | PO Box 530437<br>Atlanta, GA  30353-0437<br>Fax: 248-822-3376 | Trade | | 1,202.04 |
| Deese Services | PO Box 50921<br>Albany, GA  31703<br>Fax: 229-535-4942 | Trade | | 1,180.60 |
| King Features | PO Box 409189<br>Atlanta, GA  30384-9189<br>Fax: 212-455-4300 | Trade | | 1,159.00 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIPLE CROWN MEDIA, INC., et al.**[1] | **Case No. 09-_____** |
| **Debtors.** | **Jointly Administered** |

## DECLARATION UNDER PENALTY OF PERJURY - 30 LARGEST CREDITORS

I, Mark G. Meikle, Executive Vice President and Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing consolidated list of the 30 largest unsecured creditors (the "Top 30 List") and that the Top 30 List is true and correct to the best of my information and belief.

Date: September 14, 2009

Signature: /s/Mark G. Meikle_____
Mark G. Meikle
Executive Vice President and
Chief Financial Officer
Triple Crown Media, Inc.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Triple Crown Media, Inc. (2824), Triple Crown Media, LLC (2824), BR Acquisition Corp. (8679), BR Holding, Inc. (7599), Datasouth Computer Corporation (9261), Gray Publishing, LLC (7061), and Capital Sports Properties, Inc. (6084). The service address for all of the Debtors for purposes of these chapter 11 cases is: 725 Old Norcross Road, Lawrenceville, GA 30045.

1685529_1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIPLE CROWN MEDIA, INC., *et al.*,**[1] | **Case No. 09-_____ ( )** |
| **Debtors.** | **Jointly Administered** |

### LIST OF CREDITORS

      Triple Crown Media, Inc. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Contemporaneously with the filing of their petitions, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditors List"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditors List is being submitted to the Court electronically under separate notice in accordance with the rules of Bankruptcy Procedure for filing in this chapter 11 case.

Dated: September 14, 2009
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____

Robert J. Dehney (#3578)
Gregory T. Donilon (#4244)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: (302) 658-9200
Fax: (302) 658-3989

*Proposed Attorneys for Debtors and Debtors-in-Possession*

3116006.1

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Triple Crown Media, Inc. (2824), Triple Crown Media, LLC (2824), BR Acquisition Corp. (8679), BR Holding, Inc. (7599), Datasouth Computer Corporation (9261), Gray Publishing, LLC (7061), and Capital Sports Properties, Inc. (6084). The service address for all of the Debtors for purposes of these chapter 11 cases is: 725 Old Norcross Road, Lawrenceville, GA 30045.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **TRIPLE CROWN MEDIA, INC.,** *et al.*[1] | Case No. 09-_____ |
| **Debtors.** | Jointly Administered |

## DECLARATION REGARDING CREDITOR LIST

I, Mark G. Meikle, Executive Vice President and Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have read the Creditor List submitted herewith and that it is true and correct to the best of my information and belief.

Date: September 14, 2009

Signature: _____/s/Mark G. Meikle_____

Mark G. Meikle
Executive Vice President and Chief Financial Officer

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Triple Crown Media, Inc. (2824), Triple Crown Media, LLC (2824), BR Acquisition Corp. (8679), BR Holding, Inc. (7599), Datasouth Computer Corporation (9261), Gray Publishing, LLC (7061), and Capital Sports Properties, Inc. (6084). The service address for all of the Debtors for purposes of these chapter 11 cases is: 725 Old Norcross Road, Lawrenceville, GA 30045.

1685532_1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIPLE CROWN MEDIA, INC., et al.,**[1] | **Case No. 09-_____ ( )** |
| **Debtors.** | **Jointly Administered** |

## LIST OF EQUITY SECURITY HOLDERS OF TRIPLE CROWN MEDIA, INC.

Triple Crown Media, Inc. a corporation named as a debtor in the above-captioned cases ("TCM"), filed a petition in this Court on September 14, 2009, for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330. Due to its voluminous nature, contemporaneously with the filing of the petition, TCM's list of equity security holders which was prepared in accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case is being submitted to the Court electronically under separate notice.

Dated: September 14, 2009      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
      Wilmington, Delaware

_____
Robert J. Dehney (#3578)
Gregory T. Donilon (#4244)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: (302) 658-9200
Fax: (302) 658-3989

*Proposed Attorneys for Debtors and Debtors-in-Possession*

3111668.1

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Triple Crown Media, Inc. (2824), Triple Crown Media, LLC (2824), BR Acquisition Corp. (8679), BR Holding, Inc. (7599), Datasouth Computer Corporation (9261), Gray Publishing, LLC (7061), and Capital Sports Properties, Inc. (6084). The service address for all of the Debtors for purposes of these chapter 11 cases is: 725 Old Norcross Road, Lawrenceville, GA 30045.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIPLE CROWN MEDIA, INC., et al.**[1] | Case No. 09-_____ |
| Debtors. | Jointly Administered |

## <u>DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS</u>

I, Mark G. Meikle, Executive Vice President and Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have read the List of Equity Security Holders submitted herewith and that it is true and correct to the best of my information and belief.


Date: September 14, 2009

Signature _____ /s/Mark G. Meikle _____

Mark G. Meikle
Executive Vice President and Chief Financial Officer

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Triple Crown Media, Inc. (2824), Triple Crown Media, LLC (2824), BR Acquisition Corp. (8679), BR Holding, Inc. (7599), Datasouth Computer Corporation (9261), Gray Publishing, LLC (7061), and Capital Sports Properties, Inc. (6084). The service address for all of the Debtors for purposes of these chapter 11 cases is: 725 Old Norcross Road, Lawrenceville, GA 30045.

1685522_1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIPLE CROWN MEDIA, LLC,**<br>a Delaware corporation,<br> Debtor <br><br>**725 Old Norcross Road**<br>**Lawrenceville, GA 30045**<br>**Employer Tax I.D. Number: 20-3012824** | Chapter 11<br><br>Case No. 09-_____<br><br>**Jointly Administered** |

## CORPORATE OWNERSHIP STATEMENT OF DEBTOR
## TRIPLE CROWN MEDIA, INC.

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rule of Bankruptcy Procedure, Debtor, Triple Crown Media, Inc. ("Triple Crown") hereby states that effective September 14, 2009[1] the following corporations directly or indirectly own more than 10% of the equity in Triple Crown

| Name and Address of Stockholder | Type of Stock | Percentage of Interest |
|---|---|---|
| Delta Life Insurance Company<br>4370 Peachtree Road NE<br>Atlanta, GA 30319 | Series A - Preferred | 19.2% |

---

[1] The information provided is based on the last known information available to the Debtors, including with respect to any filings with the Securities and Exchange Commission. If the Debtors become aware of any modifications to this Corporate Ownership Statement, they will revise it and file and amended version accordingly.

Dated: September 14, 2009

/s/Mark G. Meikle
Name: Mark G Meikle
Title:  Executive Vice President and Chief
        Financial Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIPLE CROWN MEDIA, INC., et al.**[1] | **Case No. 09-_____** |
| **Debtors.** | **Jointly Administered** |

## DECLARATION REGARDING CORPORATE OWNERSHIP STATEMENT

I, Mark G. Meikle, Executive Vice President and Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing Corporate Ownership Statement submitted herewith and that it is true and correct to the best of my information and belief.

Date: September 14, 2009

Signature  /s/Mark G. Meikle
Mark G. Meikle
Executive Vice President and Chief Financial Officer

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Triple Crown Media, Inc. (2824), Triple Crown Media, LLC (2824), BR Acquisition Corp. (8679), BR Holding, Inc. (7599), Datasouth Computer Corporation (9261), Gray Publishing, LLC (7061), and Capital Sports Properties, Inc. (6084). The service address for all of the Debtors for purposes of these chapter 11 cases is: 725 Old Norcross Road, Lawrenceville, GA 30045.

1685522_1