# EXHIBIT A

## LIST OF UTILITIES

| Utility Type | Account Number | Vendor Name & Address | Adequate Assurance Payments |
|---|---|---|---|
| Water/Sewer<br>Water/Gas/Elec<br>Electric<br>Water/Gas/Elec<br>Water/Sewer/Gas | 47855<br>47864<br>47849<br>47857<br>47848 | Water, Gas & Light Commission<br>207 Pine Avenue<br>Albany, GA 31702-1788 | $5,544 |
| LD Phone Service | 920988728 | Sprint<br>PO Box 219100<br>Kansas City, MO 64121-9100 | $347 |
| Local Phone Service | 299 U59 4330 001 3160<br>77096392050011800<br>77081401902891880<br>77048371085721881<br>77048359105731885<br>77096273552471885<br>77078773034240624<br>7704785753<br>7709579161<br>7707753107 | AT&T<br>PO Box 105262<br>Atlanta, GA 30348-5262 | $5,044 |
| Electric | 18999 52018<br>61839 52012<br>62049 5204<br>67555 45018<br>31387 13017<br>02911 04035<br>8413841039<br>8349837009<br>8328837009 | Georgia Power Co.<br>96 Annex<br>Atlanta, GA 30396 | $2,690 |
| Gas | 2668661000<br>8568461000<br>2178461000<br>8951661000<br>3873561000<br>2873561000 | Gas South<br>PO Box 5305552<br>Atlanta, GA 30353-0552 | $804 |
| Water | 14 140890 01 | Clayton Co Water Authority<br>1600 Battle Creek Rd.<br>Morrow, GA 30260 | $136 |
| Water | 30 04625 02 | City of McDonough<br>136 Keys Ferry St.<br>McDonough, GA 30253-3215 | $38 |

| Utility Type | Account Number | Vendor Name & Address | Adequate Assurance Payments |
|---|---|---|---|
| Elec/Water/ Garbage | 01 00310 01 | City of Jackson<br>PO Box 838<br>Jackson, GA 30233 | $110 |
| Elec/Gas/Water/ Sewer/Garbage<br>Electric | 1 093073 02<br><br>1 093076 00 | City of Lawrenceville<br>PO Box 2200<br>Lawrenceville, GA 30046 | $6,328 |
| Gas | 04 7493 00 | City of Winder<br>PO Box 566<br>Winder, GA 30680 | $92 |
| Electric | 150067<br>703484 | Jackson EMC<br>PO Box 100<br>Jefferson, GA 30549-0100 | $235 |
| Garbage | 012477 | Advanced Disposal<br>PO Box 791257<br>Baltimore, MD 21279-1257 | $200 |
| Phone | 071533773555<br>161681374222 | Windstream<br>PO Box 9001908<br>Louisville, KY 40290-1908 | $313 |
| Local Phone Service | 8592247717 | Windstream<br>1720 Galleria Blvd.<br>Charlotte, NC 26270 | $230 |
| Water/Sewer | 807845370<br>807845870<br>807846070<br>808710851 | Rockdale Water Resources<br>PO Box 1378<br>Conyers, GA 30012 | $49 |
| Garbage | 03060000485<br>03060000486 | City of Conyers<br>PO Drawer 1259<br>Conyers, GA | $90 |
| Elec/Gas/Water Sewer/Garbage | 00014225 | City of Covington<br>PO Box 1527<br>Covington, GA 30014 | $325 |