| Shares | Name and address line1 | Name and address line2 | Name and address line3 | Name and address line4 | Zip | State |
|---|---|---|---|---|---|---|
| 28,531.0000 | PAUL R AARON | 1425 SKYLINE DRIVE | ELKHORN NE 68022-1783 | | 68022 | NE |
| 75.0000 | THOMAS L ABERNATHY | 3700 CRESTWOOD PKWY NW STE 900 | DULUTH GA 30096-7172 | | 30096 | GA |
| 11.0000 | ROGER ABRAHAMS | 5002 WOODLAND COVE | MORGANTOWN WV 26508-9400 | | 26508 | WV |
| 225.0000 | CHARLES E ABRAM | 655 METRO PLACE SOUTH SUITE 210 | DUBLIN OH 43017-3393 | | 43017 | OH |
| 225.0000 | RAYMOND ADAMS | 503-A NORTH WALL AVE | FARMINGTON NM 87401-6921 | | 87401 | NM |
| 5,000.0000 | GERALD N AGRANOFF | 1251 AVENUE OF THE AMERICAS | SUITE 810 | NEW YORK NY 10020 | 10020 | NY |
| 6.0000 | JULIA A ALLEN | 6625 N WEST ST | VALLEY NE 68064-0000 | | 68064 | NE |
| 5.0000 | JAMES R ALLISON | 1103 HEMPHILL DR | CLEBURNE TX 76033 | | 76033 | TX |
| 5.0000 | MARIAN W ALMON | 34 LYNDA CIRCLE | CARROLLTON GA 30117-0000 | | 30117 | GA |
| 9.0000 | RUTH O ANDERSON | 401 S AUDUBON DR | ALBANY GA 31707-3005 | | 31707 | GA |
| 1.0000 | HELEN ASSATOURIAN TTEE | ASSATOURIAN TRUST DATED | MAY 6 1987 | 1721 W MOUNTAIN ST | 91201 | CA |
| 1.0000 | ATLANTA BUSINESS CHRONICLE INC | 1801 PEACHTREE ST NE | ATLANTA GA 30309-1895 | | 30309 | GA |
| 1.0000 | HUBERT T AUSTIN & JOSEPHINE W | AUSTIN JT TEN | 12168 BOULET DR | CODEN AL 36523-0000 | 36523 | AL |
| 2.0000 | SHERRY PAULETTE BALL | 952 MULE SHED LANE | RICHMOND KY 40475-0000 | | 40475 | KY |
| 2,206.0000 | BANKERS FIDELITY LIFE | INSURANCE COMPANY | 4370 PEACHTREE RD NE | ATTN HILTON H HOWELL JR | 30319 | GA |
| 7.0000 | BERNARD C BANKS JR & | CLAUDETTE A BANKS JT TEN | 298 CARVERTON RD | TRUCKSVILLE PA 18708-0000 | 18708 | PA |
| 22.0000 | WILLIAM L BANKS JR | 703 FOREST GLEN DR | ALBANY GA 31707-3113 | | 31707 | GA |
| 1.0000 | CURT C BANNISTER | 3441 PEACH ST | ERIE PA 16508 | | 16508 | PA |
| 1.0000 | JAMES RONALD BARFIELD | 153 VILLAGE COURT | WOODSTOCK GA 30188-1946 | | 30188 | GA |
| 225.0000 | JIMMIE C BATCHELDOR | 11 BATCHELDOR DR | PHOENIX CITY AL 36869-3222 | | 36869 | AL |
| 6.0000 | DANIEL BAUER | 235 E 22 ST APT 24 | NEW YORK NY 10010 | | 10010 | NY |
| 2.0000 | KELLIE A BERLINICKE | C/O KELLIE BURKEY | 1146 JOSEPHINE ST | LAKELAND FL 33815-4427 | 33815 | FL |
| 37.5000 | REBECCA BLESSING | 1400 SADDLE CLUB WAY | LEXINGTON KY 40504 | | 40504 | KY |
| 1.0000 | BERNARD BOOK | 7 FENIMORE LANE | HUNTINGTON NY 11743-5720 | | 11743 | NY |
| 6.0000 | BERNARD S BOOK | 7 FENIMORE LANE | HUNTINGTON NY 11743-5720 | | 11743 | NY |
| 5.0000 | MARILYN S BORIS | 6221 GREENSPOINTE DR | BOYNTON BEACH FL 33437 | | 33437 | FL |
| 73.0000 | RICHARD EDWARD BORTLE | 3941 PACES FERRY DR | ATLANTA GA 30339-4415 | | 30339 | GA |
| 1.0000 | CHARLES A BOTTS | 115 FOREST AVE | TROY AL 36081 | | | |
| 2.0000 | JAMES R BOVE | 11 WILLOWDALE DRIVE | WEST SENECA NY 14224-3507 | | 14224 | NY |
| 1.0000 | ARTHUR BRANDT | 2423 LEISURE WORLD | MESA AZ 85206-0000 | | 85206 | AZ |
| 0.2632 | MIS EPG BREAKAGE | TRIPLE CROWN MEDIA ESPP | ATTN L MORRISON | MELLON INVESTOR SERVICES | 7310 | NJ |
| 1.0000 | FRANK E BROOKS & CATHERINE A | BROOKS JT TEN | 15 CAROLYN CT | NORTH HAVEN CT 06473-0000 | 6473 | CT |
| 1.0000 | REBECCA SUE BROOKS | 2984 SANDERSVILLE RD | LEXINGTON KY 40511-8859 | | 40511 | KY |
| 15.0000 | RICHARD H BROWN | 2578 VARNER DR NE | ATLANTA GA 30345-1557 | | 30345 | GA |
| 2.0000 | TAYLOR C BROWN JR | 570 VILLAGE PLACE | LINDWOOD FL 32779-0000 | | 32779 | FL |
| 1.0000 | COURTNEY P BRUNETZ | 4004 MAYFAIR AVE | CHATTANOOGA TN 37411-5224 | | 37411 | TN |
| 2.0000 | THOMAS L BRYANT JR | C/O ELLEN BRYANT | P O BOX 50143 | ALBANY GA 31703-0143 | 31703 | GA |
| 6,834.0000 | MIS AS EXCHANGE AGENT FOR | BULL RUN CORPORATION COMMON | C/O REORG DEPT | NEWPORT OFFICE CENTER VII | 7310 | NJ |
| 180.0000 | JAMES P BUNNING SR | 4 FAIRWAY DR | SOUTHGATE KY 41071-3022 | | 41071 | KY |
| 11,459.0000 | JAMES W BUSBY | P O BOX 522 | WRIGHTSVILLE BEACH NC 28480 | | 28480 | NC |
| 1.0000 | CHUCK BUTWINSKI | 307 SOUTH GLENWOOD TRAIL | SOUTHERN PINES NC 28387-0000 | | 28387 | NC |
| 1.0000 | JOHN E CAHILL | 3324 MAPLE DR | YPSILANTI MI 48197-0000 | | 48197 | MI |
| 2.0000 | IVETTA CAPOBIANCO | 13 SOUTH PICKLE AVE | WASHINGTON NJ 07882 | | 7882 | NJ |
| 2.0000 | RICHARD D CARSON | 2230 PLEASANT HILL RD | DAWSON GA 39842-3702 | | 39842 | GA |
| 450.0000 | DONNEL E CARTER | BOX 30684 | SEA ISLAND GA 31561-0684 | | 31561 | GA |
| 112.0000 | MELVYN CARTER | 2712 N DOUGLEGATE | ALBANY GA 31721-9225 | | 31721 | GA |
| 27.0000 | CHERYL ANN CASSERLIE | GARY E CASSERLIE JT TEN | 16290 OLD CHIPPEWA TR | DOYLESTOWN OH 44230-9727 | 44230 | OH |
| 2.0000 | NORMAN CATALANO | BOX 220 | FOREST KNOLLS CA 94933-0000 | | 94933 | CA |
| 4,737,377.0000 | CEDE & CO | PO BOX 20 | BOWLING GREEN STATION | NEW YORK NY 10274 | 10274 | NY |
| 1.0000 | DANIEL CHABAY & HELENE CHABAY JT | TEN | 558 15TH ST | SANTA MONICA CA 90402-0000 | 90402 | CA |
| 1.0000 | CHARLOTTE R & CHARLES D TAYLOR JR | FRANCES TAYLOR EDWARDS TTEE | PO BOX 198 | SALISBURY NC 28145-0000 | 28145 | NC |
| 3.0000 | JOHN M CLARK JR TTEE | TR UDT 11/20/73 FBO JOHN M CLA | 4606 TRAIL ROAD | CASEVILLE MI 48725-0000 | 48725 | MI |
| 1.0000 | CHARLES CLARK | 499 SPRINGRIDGE RD LOT D40 | CLINTON MS 39056-5625 | | 39056 | MS |

| Shares | Name | Address 1 | Address 2 | Address 3 | Zip State |
|---|---|---|---|---|---|
| 14.0000 | MERL E CLARK & | MARJORIE J CLARK JT TEN | 3434 SPRINGHILL RD | THOMASVILLE GA 31792-0000 | 31792 GA |
| 2.0000 | HUGH H CLEMMER | 142 MARLBORO CT | MARYVILLE TN 37803 | | 37803 TN |
| 10.0000 | MELLON INVESTOR SERVICES | SIS BREAKAGE ACCOUNT | 480 WASHINGTON BLVD | FINANCE DEPARTMENT AIM 074-2430 | 7310 NJ |
| 19.0000 | TERRY B COGAN | 3290 S CAMINO DEL SOL 140 | GREEN VALLEY AZ 85614 | | |
| 1.0000 | CLARENCE E COLE | 7 FALLON DR | WESTPORT MA 02790-1208 | | 2790 MA |
| 2.0000 | J ELMER CONLEY | BOX 332 | PELHAN GA 31779-0000 | | 31779 GA |
| 150.0000 | TRACY F CONNORS | 252 LAIRD DRIVE | PANAMA CITY BEACH FL 32408-7800 | | 32408 FL |
| 1.0000 | JOSEPH F CORREIA & | ANN F CORREIA JT TEN | 18 MIDDLE ST | FAIRHAVEN MA 02719-2940 | 2719 MA |
| 3.0000 | JULIAN H COX JR | PO BOX 7067 | ATHENS GA 30604-7067 | | 30604 GA |
| 31.0000 | JOHN F CROSS | 297 HARRISON RD | BRIDGTON ME 04009-4733 | | 4009 ME |
| 225.0000 | WILLIAM D CULPEPPER | 706 CUMBERLAND CIRCLE NE | ATLANTA GA 30306-3204 | | 30306 GA |
| 85.0000 | LAWRENCE E CZAJKOWSKI | 701 KAREN | COPPERAS COVE TX 76522-3127 | | 76522 TX |
| 2.0000 | ALEXANDER DAUKSZA & | TADEUSZ DAUKSZA JT TEN | 11726 SPRINGBROOK | ORLAND PARK IL 60467-6097 | 60467 IL |
| 2.0000 | PHEBE HODGES DAVIS CUST WILLIAM | DAVIS OH UNIF GIFT MIN ACT | 23230 CHAGRIN BLVD 650 | BEACHWOOD OH 44122-5451 | 44122 OH |
| 500.0000 | RAY M DEAVER | 3420 NORTH RIDGE DR | WACO TX 76710-1264 | | 76710 TX |
| 1.0000 | FRED P DEHN & | MARTHA A DEHN JT TEN | BOX 2276 | CARMICHAEL CA 95609-2276 | 95609 CA |
| 2.0000 | LEE H DE LAY | 99 N HIGH ST | JACKSON OH 45640-1561 | | 45640 OH |
| 675.0000 | DELTA FIRE & CASUALTY INSURANCE | COMPANY | 4370 PEACHTREE RD NE | ATLANTA GA 30319-3054 | 30319 GA |
| 1,000.0000 | DELTA LIFE INSURANCE CO | 4370 PEACHTREE ROAD WE | ATLANTA GA 30319-0000 | | |
| 13,211.0000 | DELTA LIFE INSURANCE COMPANY | 4370 PEACHTREE RD NE | ATLANTA GA 30319-3054 | | 30319 GA |
| 5.0000 | STEPHEN RALPH DE MOTTS | 178 MARINER BLVD | PMB 163 | SPRING HILL FL 34609-0000 | 34609 FL |
| 1.0000 | GERALDINE R DIEDRICK & MARIAN L | GEDEMER JT TEN | 2658 CEDRIC PL | ROWLAND HEIGHTS CA 91748-0000 | 91748 CA |
| 3.0000 | ERNEST DIXON | 605 CENTER | ALVA OK 73717 | | 73717 OK |
| 1.0000 | MICHAEL D DODSON | 3293 TISDALE DRIVE | LEXINGTON KY 40503-0000 | | 40503 KY |
| 1.0000 | ROBERT L DOMBOURIAN | 3104 N LABARRE | METAIRIE LA 70002-0000 | | 70002 LA |
| 2.0000 | RONALD WALTER DOMBROSKI | 222 TERRACE AVENUE | TRUCKSVILLE PA 18708-0000 | | 18708 PA |
| 328.0000 | ELEANOR HALEY DONNELLY | 1214 2ND STREET S E | MOULTRIE GA 31768-5914 | | 31768 GA |
| 8.0000 | MICHAEL J DOOREY CUST | WADE P DOOREY | UNIF GIFT MIN ACT NY | PO BOX 83 | 12972 NY |
| 234.0000 | BILLY G DRAKE SR | PO BOX 74 | DONALDSONVILLE GA 31745-0074 | | |
| 1.0000 | NANCY P DUNCAN & | WILLIAM T DUNCAN JR JT TEN | 152 N STRATHMORE DR | SHARPSBURG GA 30277-0000 | 30277 GA |
| 3.0000 | MARK A DYER | 20622 BATHELWOOD LN | CORVELIUS NC 28031-0000 | | 28031 NC |
| 1.0000 | ROBERT EASCHENKO & | CAROLE EASCHENKO JT TEN | 1152 PARK BLVD | MASSAPEQUA PARK NY 11762-0000 | 11762 NY |
| 16.0000 | C HOBSON GODDIN TTEE | FBO EB HIGGINS | TRUST U/W BARRINGER | 1500 WEST BROOK CT | 23227 VA |
| 5.0000 | LESLIE A ECKEL | 211 WOLCOTT RD | CHESTNUT HILL MA 02467-0000 | | 2467 MA |
| 2.0000 | EDWARD & BERNICE M MANION | 1101 CAROL ST | ST JOSEPH MO 64506-0000 | | 64506 MO |
| 11.0000 | PERLEY E EPPLEY & DOROTHY J | EPPLEY JT TEN | 2014 LAKERIDGE DR | ALBANY GA 31707-3110 | 31707 GA |
| 16.0000 | FREDERICK J ERICKSON | 4904 DAWNRIDGE DR | CHARLOTTE NC 28226-0000 | | 28226 NC |
| 1.0000 | ROBERT C COLE TR UA 7 16 90 | ERNEST C GRAY JR CHARITABLE TRUST | T& ERNEST C GRAY JR FOUNDATION | APT C 205 | 34116 FL |
| 4,227.7368 | ESP PLAN RECONCILIATION BALANCE | BNY MELLON SHAREOWNER SERVICES | 480 WASHINGTON BLVD | AIM 074-2520 | 7310 NJ |
| 3.0000 | ROBERT L & MARILYN A CARTER EVANS | A PROF CORP EMP RET TST | ROBERT L EV | 355 SURREY DR | 91902 CA |
| 67.0000 | WILLIAM G EVANS & | JANICE A EVANS | JT TEN | 308 8TH AVE E | 34221 FL |
| 1.0000 | JILL S FABER | 6711 N 47TH ST | PARADISE VALLEY AZ 85253-0000 | | 85253 AZ |
| 15.0000 | FANNIE S & BERNARD S GOLDSTEIN | HOLDINGS LLLP | ACCOUNT B | 4452 PACES BATTLE | 30327 GA |
| 38.0000 | JERRY L FELIX | 1320 WATERSONG LN | KNOXVILLE TN 37922-9324 | | 37922 TN |
| 2.0000 | JOE L FERREIRA | 597 FIRST AVE | QUSTINE CA 95322-0000 | | 95322 CA |
| 2.0000 | LIANA G FIGONE | 2465 FRANCISCO ST | SAN FRANCISCO CA 94123-0000 | | 94123 CA |
| 15.0000 | WINIFRED R FINDLEY & | CHARLES H FINDLEY JT TEN | 1203 VALLEY RD | ALBANY GA 31707-3325 | 31707 GA |
| 551.0000 | MACK ROBINSON FNDTN | 4370 PEACHTREE RD | ATLANTA GA 30319-3054 | | 30319 GA |
| 10.0000 | FRANKLIN CO HUMANE SOCIETY | PO BOX 417 | EASTPOINT FL 32328-0417 | | 32328 FL |
| 5.0000 | FRANKLIN COUNTY HUMANE SOCIETY | P O BOX 417 | EAST POINT FL 32328-0417 | | 32328 FL |
| 1.0000 | FRANK E & CATHERINE A BROOKS | 15 CAROLYN CT | NORTH HAVEN CT 06473-0000 | | 6473 CT |
| 1.0000 | FREDERICK J ERICKSON | BULL RUN ESPP ACCOUNT | 4904 DAWNRIDGE DR | CHARLOTTE NC 28226-0000 | 28226 NC |
| 42.0000 | ARMANDO H FRESCHI | 10 FERNCLIFF RD | JERSEY CITY NJ 07305-1212 | | 7305 NJ |
| 13.0000 | JASON R GABBARD | 556 WINTERHILL LANE | LEXINGTON KY 40509-2932 | | 40509 KY |

| Shares | Name | Address 1 | Address 2 | Address 3 | Zip State |
|---:|---|---|---|---|---|
| 13.0000 | JOSEPH M GABBARD | 1550 TRENT BLVD | APT 305 | LEXINGTON KY 40515-1906 | 40515 KY |
| 2.0000 | GANNETT CO INC | ATTN GRACIA MARTORE | 7950 JONES BRANCH DRIVE | MCLEAN VA 22102-3302 | 22102 VA |
| 112.0000 | ANDREW JACKSON GAUGHF JR | 136 PINNACLE FALLS DRIVE | PICKENS SC 29671-9554 | | 29671 SC |
| 2.0000 | JAMES GAYDOS | 515 N HAMLIN | PARK RIDGE IL 60068-2927 | | 60068 IL |
| 2,976.0000 | GEORGIA CASUALTY & | SURETY COMPANY | 4370 PEACHTREE RD NE | ATTNHILTON H HOWELL JR | 30319 GA |
| 1.0000 | JERRY S GERARD & | MARGARET A GERARD JT TEN | 1334 WARD PL | ESCONDIDO CA 92026-3607 | 92026 CA |
| 225.0000 | GERLACH FOUNDATION INC | 37 W BROAD ST | C/O JOHN J GERLACH | COLUMBUS OH 43215-4132 | 43215 OH |
| 11.0000 | RALPH L GIVENS & | MARION B GIVENS | JT TEN | 307 FRANKLIN ST | 24124 VA |
| 6.0000 | ROBERT EUGENE GOOD | 12113 HOFFMAN COURT | CHARLOTTE NC 28269-0000 | | 28269 NC |
| 2.0000 | THOMAS REE GOODMAN | 2720 WOODLEAF AVE | SALISBURY NC 28147 | | 28147 NC |
| 3.0000 | PHRONUS L GORE | 4530 CHATEAU DRIVE | ALBANY GA 31721 | | 31721 GA |
| 2.0000 | JEFFREY GRANT GRANBERRY | 1007 FOREST GLEN DR | ALBANY GA 31707-3752 | | 31707 GA |
| 5.0000 | JOHN R GRANT & | SALLY A GRANT JT TEN | 2508 W DOUBLEGATE DR | ALBANY GA 31707-9232 | 31721 GA |
| 282.0000 | GEOFFREY L GRAY | PO BOX 406 | ALBANY GA 31702-0406 | | 31702 GA |
| 11.0000 | JAMES H GRAY JR | 2500 PHEASANT DR | ALBANY GA 31707-3055 | | 31707 GA |
| 1.0000 | JUDD GREENSTEIN & | DENNIS GREENSTEIN | JT TEN | 303 MERCER STEET | 10003 NY |
| 2.0000 | DIANE S GREENSTEIN CUST | LAEL S GREENSTEIN | UNDER THE NY UNIF GIFT MIN ACT | 303 MERCER ST A-308 | 10003 NY |
| 972.0000 | GULF CAPITAL SERVICES | 4370 PEACHTREE ROAD | ATLANTA GA 30318 | | |
| 377.0000 | GULF CAPITAL SERVICES LTD | 4370 PEACHTREE RD NE | ATLANTA GA 30319-3054 | | 30319 GA |
| 3.0000 | KEITH D HAGEN & | SHELLIE R HAGEN | JT TEN | 6950 IRELAND COURT | 30187 GA |
| 1.0000 | SARA E HAGERTY | 4207 SUNNYHILL DR | CARLSBAD CA 92008-3647 | | 92008 CA |
| 2.0000 | WILLIAM A HALL & | LOUISE B HALL JT TEN | 2308 EGREMONT DRIVE | ORANGE PARK FL 32073-0000 | 32073 FL |
| 4.0000 | ALICE HARA | BOX F | GARDENA CA 90247-0000 | | 90247 CA |
| 2.0000 | HARLAN M & LINDA E WOLFF | PO BOX 286 | HADLOCK WA 98339-0286 | | 98339 WA |
| 1.0000 | HAROLD A & CARLA S VANDER LAAN | 577 145TH AVE | CALEDONIA MI 49316-9621 | | 49316 MI |
| 18.0000 | PHILIP H HAYES | PO BOX 107 | VIPER KY 41774 | | 41774 KY |
| 1.0000 | LLOYD D HERDER & | DENISE C HERDER JT TEN | 715 SANDERS | BURRUNGTON KS 66839-0000 | 66839 KS |
| 10.0000 | LEE J HIMLE | 208 N BROADWAY | BOX 149 | SPRING VALLEY MN 55975 | 55975 MN |
| 380.0000 | DEWITT T HISLE | 277 EAST HIGH ST | LEXINGTON KY 40507-0000 | | 40507 KY |
| 328.0000 | SARAH HALEY HIXON | 4946 HIGHWAY 29   PEROTE | BANKS AL 36005 | | |
| 753.0000 | THEODORE A RUPPERT TSTEE UAD | 9/27/68 HLR TRUST | 1 BARCLAY WOOD DRIVE | ST LOUIS MO 63124 | 63124 MO |
| 2.0000 | KENNETH B HODGES JR CUST | KENNETH B HODGES III A MINOR | UNDER THE LAWS OF GEORGIA | PO BOX 1827 | 31702 GA |
| 22.0000 | RENA M HOFHEINZ & | ELLEN C BRYANT JT TEN | 169 GLENDALE ROAD | LEESBURG GA 31763-4715 | 31763 GA |
| 1,200.0000 | JAMES T HOLLOWAY | 260 BRICKLEBERRY DR | ROSWELL GA 30075-3078 | | 30075 GA |
| 8.0000 | MARVIN HOLLOWAY | 1915 BRICKELL AVE APT C801 | MIAMI FL 33129-1710 | | 33129 FL |
| 1,809.0000 | SARAH HOLMGREEN | 401 TIMBER | COLLEGE STATION TX 77840-3065 | | 77840 TX |
| 2.0000 | ROY J HOPPER | 6467 BLUEFIELD PL | SAN DIEGO CA 92120-0000 | | 92120 CA |
| 4.0000 | CLAUDETTE C HORN | 456 LAURELLEAF LANE | COVINGTON LA 70433-7203 | | 70433 LA |
| 161.0000 | PATRICIA Q HOST | 100 BEACH ROAD APT 1001 | TEQUESTA FL 33469-0000 | | 33469 FL |
| 16,198.0000 | W JAMES HOST | 2216 SAVANNAH LANE | LEXINGTON KY 40513-0000 | | 40513 KY |
| 2.0000 | JIMMY N HOWARD & | MARY D HOWARD JT TEN | 35 MELODY LAKE CT | COVINGTON GA 30014-0000 | 30014 GA |
| 1.0000 | RICHARD E HOWARD | 5807 COUNTY ROAD 362 | SWEENY TX 77480-0000 | | 77480 TX |
| 1.0000 | HOWARD W & ARDUS I GROSS | 8671 SILVERDALE WAY NW | SILVERDALE WA 98383-8336 | | 98383 WA |
| 15.0000 | ROBIN ROBINSON HOWELL CUST | ALSTON ELIZABETH HOWELL | UNDER THE GA TRAN MIN ACT | 4370 PEACHTREE RD NE | 30319 GA |
| 4.0000 | GEORGE ELI HOWELL II | 2833 LAKE CREST DR | TUSCALOOSA AL 35406-2986 | | 35406 AL |
| 6,914.0000 | HILTON H HOWELL JR | ATLANTIC AMERICAN CORPORATION | 4370 PEACHTREE ROAD N E | ATLANTA GA 30319 | 30319 GA |
| 60.0000 | ROBIN ROBINSON HOWELL CUST | HILTON HATCHETT HOWELL III | UNDER THE GA TRAN MIN ACT | 4370 PEACHTREE RD NE | 30319 GA |
| 910.0000 | HOBSON A HOWELL | PO BOX 2527 | WACO TX 76702-2527 | | 76702 TX |
| 5,857.0000 | ROBIN ROBINSON HOWELL | 3656 TUXEDO RD NW | ATLANTA GA 30305-1068 | | 30305 GA |
| 4.0000 | WILLIAM T HOWELL | PO BOX 3074 | MERIDIAN MS 39303-3074 | | 39303 MS |
| 2.0000 | THOMAS R & BEATRICE M HOY | JT TEN | 5400 MEEKER DR 116 | KALAMA WA 98625-0000 | 98625 WA |
| 225.0000 | ABRAHAM ILLGES JR | 2138 ANNE STREET | COLUMBUS GA 31906-1010 | | 31906 GA |
| 1.0000 | DAVID J JABLONSKI & MARSHA A | JABLONSKI JT TEN | 507 N QUAKER LN | ALEXANDRIA VA 22304-0000 | 22304 VA |
| 2.0000 | JACK & JOAN E TRUGMAN | 1286 UNIVERSITY AVE 256 | SAN DIEGO CA 92103-0000 | | 92103 CA |

| Shares | Name | Address 1 | Address 2 | Address 3 | Zip | State |
|---|---|---|---|---|---|---|
| 135.0000 | LAWRENCE J JACKMAN | PO BOX 637 | MAITLAND FL 32751-0000 | | | |
| 375.0000 | MICHELLE JACKSON | 1 BARCLAY WOODS DRIVE | ST LOUIS MO 63124 | | 63124 | MO |
| 1.0000 | JALEK | PO BOX 484 | PENDLETON SC 29670-0000 | | 29670 | SC |
| 8.0000 | JON D JENKINS | 1049 PRINCESS ANNE RD | VIRGINIA BEACH VA 23457-0000 | | 23457 | VA |
| 27,413.0000 | DALE M JENSEN | 4021 E LAMAR ROAD | PARADISE VALLEY AZ 85253-3246 | | 85253 | AZ |
| 1.0000 | JOHN A & JUDITH J BOOTH | 505 W 103RD SOUTH | PECK KS 67120-0000 | | 67120 | KS |
| 3.0000 | JOHN T GROWNEY PA | EMPLOYEES PFT SHARING TRUST ACCT | 801 ATCHESON | ATCHESON KS 66002-0000 | 66002 | KS |
| 15.0000 | AULTON D JOHNSON | 413 TRAIL FINDERS WAY | CANTON GA 30114-7251 | | 30114 | GA |
| 3,000.0000 | MONTE C JOHNSON | 2100 GREENBRIER DRIVE | LAWRENCE KS 66047-0000 | | 66047 | KS |
| 433.0000 | MONTE C JOHNSON | P O BOX 3829 | LAWRENCE KS 66046-0000 | | 66046 | KS |
| 4.0000 | VICTOR A JOHNSTON III | 1508 CODDLE CREEK HWY | MOARESVILLE NC 28115-8244 | | 28115 | NC |
| 11.0000 | DAVID K JONES | P O BOX 248 | JACKSON OH 45640-0248 | | 45640 | OH |
| 1.0000 | JOHN M JONES | PO BOX 1480 | WIMBERLEY TX 78676-1480 | | 78676 | TX |
| 2.0000 | MARCIE V JONES | 4623 KESWICK RD | BALTIMORE MD 21210-2516 | | 21210 | MD |
| 37.0000 | MARCIE V JONES | 4623 KESWICK RD | BALTIMORE MD 21210-2516 | | 21210 | MD |
| 562.0000 | SUZANNE CARRIERE & ALLISON | CARRIERE FERKO TR UW | JOSEPH A CARRIERE FBO | JOSEPH A CARRIERE FAM TRUST | | |
| 1.0000 | SUSAN ERNST KAMINSKY | 23 QUAIL RUN | RANDOLPH NJ 07869-2826 | | 7869 | NJ |
| 1.0000 | JUDY KIMBALL | 2677 FOUNTAINHEAD DR | SAN RAMON CA 94583-1735 | | 94583 | CA |
| 60.0000 | JONATHAN C KINNEY | 2300 WILSON BLVD | 7TH FLOOR | ARLINGTON VA 22201-5424 | 22201 | VA |
| 1.0000 | DOROTHY S KINTER | 667 CARRIRGE WAY | DEERFIELD IL 60015-0000 | | 60015 | IL |
| 3.0000 | EST PAUL C KIRSCH | 11740 CLIFTON BLVD STE 202 | LAKEWOOD OH 44107-2057 | | 44107 | OH |
| 225.0000 | RICHARD E KLINGER | 131 MARVIN RIDGE ROAD | NEW CANAAN CT 06840-6906 | | 6840 | CT |
| 1.0000 | VIRGINIA KLIPA | 1358 MONTIEL RD | ESCONDIDO CA 92026-0000 | | 92026 | CA |
| 33.0000 | RICHARD SANFORD KNIGHT | 4114 QUAIL HOLLOW ROAD | ALBANY GA 31721-2838 | | 31721 | GA |
| 112.0000 | EDWARD J KOLAR JR | 266 NORTHWOOD RD | RIVERSIDE IL 60546-1883 | | 60546 | IL |
| 22.0000 | HENRY J KRAWOOD | 368 BURRITT ST | NEW BRITAIN CT 06053-3613 | | 6053 | CT |
| 2.0000 | RENEE LASALLE | APT D 41 | 3830 POPLAR SPRINGS DR | MERIDIAN MS 39305-3747 | 39305 | MS |
| 1.0000 | NORMAN G LATHROP & | NOLA FAY LATHROP JT TEN | BOX 281 | 700 CRESCENT DR | 50047 | IA |
| 5.0000 | DANIEL A LEAL | 3320 BELLEFONTE DR | LEXINGTON KY 40502-0000 | | 40502 | KY |
| 2.0000 | GAINES LEAVELLE | 5607 MAPLELEAF DR | AUSTIN TX 78723-0000 | | 78723 | TX |
| 10.0000 | MICHAEL P LEE | 9122 EASTPOINTE CT | ELK GROVE CA 95624-3936 | | 95624 | CA |
| 2.0000 | LARRY J LEON | 6550 LAUREL VALLEY RD | DALLAS TX 75248-0000 | | 75248 | TX |
| 5.0000 | LOGAN MONTGOMERY LEWIS SR | 3682 PINE PARK RD | CAIRO GA 39828-0000 | | 39828 | GA |
| 1.0000 | ROBERT BRIAN LEWIS | BOX 338 | WRENS GA 30833-0338 | | 30833 | GA |
| 2.0000 | LOIS J LIEDERBACH WHITE | CUST UGTMA/WI | WHITE MELANIE LIEDERB | 1402 MCLEAN AVE | 54660 | WI |
| 2.0000 | CAROL T LINEBERRY | 3815 WINTERS HILL DR | ATLANTA GA 30360-0000 | | 30360 | GA |
| 101.0000 | ROBERT E LIVESAY | 1161 WYNDHAM HILLS DRIVE | LEXINGTON KY 40514-0000 | | 40514 | KY |
| 1.0000 | MICHAEL MORGILLO LLC | 1130 WHALLEY AVE | NEW HAVEN CT 06515-1704 | | 6515 | CT |
| 1.0000 | CARLENE M LONG | 10317 S PIONEER | SANTA FE SPRINGS CA 90670-3701 | | 90670 | CA |
| 8.0000 | DERRELL K LONG & | CAROLINE M LONG JT TEN | 10317 S PIONEER | SANTA FE SPRINGS CA 90670-0000 | 90670 | CA |
| 1.0000 | DERRELL K LONG II | 10317 S PIONEER | SANTA FE SPRINGS CA 90670-3701 | | 90670 | CA |
| 2.0000 | GEORGE R LONGWORTH & | VICKI N LONGWORTH JT TEN | 1421 EL CAMPO DR | DALLAS TX 75218-3521 | 75218 | TX |
| 1.0000 | JOHN J LUCKEN & MARY CAROL | JABLONSKI & HERMAN LUCKEN JT TEN | 5753 LINDENWOOD | ST LOUIS MO 63109-1549 | 63109 | MO |
| 2.0000 | MARJORIE LUNNON | 9681 PECOS | DENVER CO 80260-0000 | | 80260 | CO |
| 86.0000 | LUSEND & COMPANY | THOMASVILLE RTE BOX 60B | BIRCH TREE MO 65438 | | 65438 | MO |
| 2.0000 | CARTER LUTHER | 510 E AVE D | JEROME ID 83338-3222 | | 83338 | ID |
| 2.0000 | TARYN W LYTLE | 36 BRIAR RIDGE ROAD | MILTON NH 03851-4702 | | 3851 | NH |
| 5.0000 | DAVID R MABE | 5616 WAREWHIP LANE | CHARLOTTE NC 28210-6322 | | 28210 | NC |
| 45.0000 | JANE S MAHONEY | 30 PEMBROKE | SUGARLAND TX 77479-2930 | | 77479 | TX |
| 1.0000 | HERB MALAMED | 2 KINGSTON PL | HUNTINGTON STA NY 11746-0000 | | 11746 | NY |
| 23.0000 | THERESA M MARKS | 80 HARTLINE ROAD | BOYERTOWN PA 19512 | | 19512 | PA |
| 1.0000 | MARVIN F & RUSSELL C SMITH | 2802 SCHAFFLIND CT | VIENNA VA 22180-0000 | | 22180 | VA |
| 1.0000 | MARY J & CHARLES D WOOD | PO BOX 422 | GREENWOOD LA 71033-0000 | | 71033 | LA |
| 2.0000 | PAMELA MCCARNEY | 1014 COLORADO ST | GOSHEN IN 46526-6147 | | 46526 | IN |

| Shares | Name | Address 1 | Address 2 | Address 3 | Zip | State |
|---|---|---|---|---|---|---|
| 11.0000 | GEORGE B MCCOTTER | 751 NORTH MAIN STREET | ASHBURN GA 31714 | | 31714 | GA |
| 1.0000 | DON O MCGEE | 218 FAIR OAKS RD | CEDARTOWN GA 30125-2012 | | 30125 | GA |
| 1.0000 | BRYAN MCGINNIS | 194 WILDWOOD AV | WHITE BEAR LAKE MN 55110-0000 | | 55110 | MN |
| 2.0000 | HELEN MCLEAN & | RODGER MCLEAN JT TEN | 2409 BURGOS CT B | CARLSBAD CA 92009-8062 | 92009 | CA |
| 1.0000 | ELIZABETH A MCMILLAN | 4159 E BUCHANAN DR | COLUMBIA SC 29206-0000 | | 29206 | SC |
| 1.0000 | JOHN S MCNEIL | 10100 SOUTH GESSNER 803 | HOUSTON TX 77071-1034 | | 77071 | TX |
| 4.0000 | MERREN GOLOBICK TTEE MERREN | GOLOBICK DECLARATION TRUST DTD | 1 3 2000 | 510 W RAINBOW LANE | 85365 | AZ |
| 225.0000 | GORDON MIDSZENTY | 22 PINE STREET | ELMWOOD PARK NJ 07407-2022 | | 7407 | NJ |
| 500.0000 | ZELL B MILLER | PO BOX 860 | YOUNG HARRIS GA 30582-0860 | | 30582 | GA |
| 3.0000 | BETTY L MINTEER | 118 SIEBERT RD | PITTSBURGH PA 15237-0000 | | 15237 | PA |
| 1.0000 | JAMES O MINTER JR CUST | CAROL A MINTER | UNIF GIFT MIN ACT VA | 1375 WAGON TRAIL RD | 24148 | VA |
| 1.0000 | JAMES O MINTER JR & | PAULINE M MINTER JT TEN | 1375 WAGON TRAIL RD | RIDGEWAY VA 24148-0000 | 24148 | VA |
| 1.0000 | GARY W MINTZ | 1022 20 TH ST S W | LOVELAND CO 80537-7073 | | 80537 | CO |
| 1.0000 | MICHAEL R MISCIAGNA | 1750 E OCEAN BLVD 304 | LONG BEACH CA 90802-6017 | | 90802 | CA |
| 3,618.0000 | WILLIAM T MITCHELL | 7918 FAWN TERRACE | HOUSTON TX 77071-2721 | | 77071 | TX |
| 72.0000 | MONTE C JOHNSON TTEE MONTE | JOHNSON TRUST UA DTD AUG 13 1999 | PO BOX 3829 | LAWRENCE KS 66046-0000 | 66046 | KS |
| 2.0000 | CHARLES E MONTGOMERY & NORMAN F | GEERSTEN JT TEN | 3028 NE 143RD AVE | PORTLAND OR 97230-3717 | 97230 | OR |
| 17.0000 | ELSA A MORETTI & NINO C MORETTI | JT TEN | 11 FAIRVIEW ST | AGAWAM MA 01001-2116 | 1001 | MA |
| 7.0000 | NINO MORETTI | 2051 NE OCEAN BLVD | UNIT C-11 | STUART FL 34996-2903 | 34996 | FL |
| 112.0000 | WILLIAM S MORRIS III | PO BOX 936 | AUGUSTA GA 30903-0936 | | 30903 | GA |
| 1.0000 | MEDRAKANOEONAPUA EX UW | FRED A MORTON | 139 KUULEI RD | KAILUA HI 96734-2719 | 96734 | HI |
| 1.0000 | JOHN VINCENT MORTON | 5183 MILD DR | SAINT LOUIS MO 63129-0000 | | 63129 | MO |
| 1.0000 | LARRY MOSS | 427 GOLDEN ISLES DR | APT 8I | HALLANDALE FL 33009-0000 | 33009 | FL |
| 5.0000 | DAVID ARTHUR MRVOS | 1803 WORCESTER DR | PITTSBURGH PA 15243-1537 | | 15243 | PA |
| 2.0000 | MILTON & MARTHA J MUELLER | JT TEN | 9532 OLD PLANK RD | JACKSONVILLE FL 32220-0000 | 32220 | FL |
| 4.0000 | TIMOTHY A MURPHY & | SHEILA K MURPHY JT TEN | 104 SUNNYSIDE DR E | CALEDONIA MN 55921-0000 | 55921 | MN |
| 26.0000 | JAMES PAUL MURRAY | BOX 525 | HARRODSBURG KY 40330-0000 | | 40330 | KY |
| 35,999.0000 | GEORGE H NADER | BOX 271 1011 FIFTH AVE | WEST POINT GA 31833-1114 | | 31833 | GA |
| 135.0000 | HARRIS M NADER JR | BOX 271 | WEST POINT GA 31833-0271 | | 31833 | GA |
| 1.0000 | CARLYLE A NANCE JR | 5156 EAST HOLLY GROVE ROAD | THOMASVILLE NC 27360-0000 | | 27360 | NC |
| 2.0000 | PAUL G NEIFFER | 707 SCENIC BLUFF | YAKIMA WA 98908-1044 | | 98908 | WA |
| 2.0000 | THE NEW YORK TIMES COMPANY | 229 WEST 43RD ST | NEW YORK NY 10036-3913 | | 10036 | NY |
| 616.0000 | HOWELL NEWTON | 219 BROOKLYN AVE | PO BOX 633 | FORSYTH GA 31029-0633 | 31029 | GA |
| 5,000.0000 | GEORGE E NICHOLSON | 4586 WATERSIDE DR | LEXINGTON KY 40513 | | | |
| 1.0000 | ROBERT A NORMANSELL | 6405 BARBOUR LAKE RD | FAYETTEVILLE NC 28306-8098 | | 28306 | NC |
| 3,825.0000 | HUGH E NORTON | 138 INDIAN BAYOU DRIVE | DESTIN FL 32541-4415 | | 32541 | FL |
| 2.0000 | ROBERT E & MARY E NUNN | JT TEN | PO BOX 1183 | GRAEAGLE CA 96103-0000 | 96103 | CA |
| 1.0000 | THE OGDEN NEWSPAPERS INC | C-O G OGDEN NUTTING | 1500 MAIN ST | WHEELING WV 26003-2826 | 26003 | WV |
| 37.5000 | JIM OGLE | 1035 SW EXMOOR LANE | TOPEKA KS 66604 | | 66604 | KS |
| 1.0000 | I D OKAMURA | 24 BOXELDER CT SMW | HOMOSASSA FL 34446-3814 | | 34446 | FL |
| 17.0000 | ALAN H ONLEY | 204 SOUTH VEITCH ST | APT 5 | ARLINGTON VA 22204-2167 | 22204 | VA |
| 1.0000 | THOMAS P PAJOR CUST ACF ANDREW | PAJOR U/T SD UNIF TRAN MIN ACT | 2621 RUTGERS | SIOUX FALLS SD 57106-0000 | 57106 | SD |
| 30.0000 | JOSEPH PAPKOV & | RUTH PAPKOV | JT TEN | 100 BEEKMAN ST | 10038 | NY |
| 50.0000 | EARL F PARKS & | JOAN B PARKS | JT TEN | 29 MULLOOLY ST | 15227 | PA |
| 1.0000 | PAUL BERUBE & | DIANE BERUBE | 36 ASH ST | REHOBOTH MA 02769-2029 | 2769 | MA |
| 45.0000 | PEOPLES LOAN SERVICE INC | ATTN DEWEY ROBINSON | 200 W SHOTWELL ST | BAINBRIDGE GA 39819-3904 | 39819 | GA |
| 2.0000 | NORMAN A & SIRIPORN T PETERSON | JT TEN | 4595 CALIFORNIA AVE 404 | LONG BEACH CA 90807-0000 | 90807 | CA |
| 3.0000 | JEFFREY SCOTT PETRO | 1085 PORTOLA AVENUE | SANTA CLARA CA 95050-6036 | | 95050 | CA |
| 1.0000 | DAVID S & APRIL L PFAFF | JT TEN | 1692 PERINGER RD | FARMINGTON WA 99128-0000 | 99128 | WA |
| 13.0000 | HENRY A PHILLIPS | 2125 ISLAND DR | LEXINGTON KY 40502-3108 | | 40502 | KY |
| 150.0000 | JERE L PIGUE | C-O WCTV-6 | 4000 C R 12 | TALLAHASSEE FL 32132 | | |
| 6.0000 | DAVID F PILLE & | MARIANKA O PILLE COM PROP | 715 51ST ST | DES MOINES IA 50312-1813 | 50312 | IA |
| 318,935.0000 | PLAN RECONCILIATION BALANCE | BNY MELLON SHAREOWNER SERVICES | 500 ROSS STREET - AIM 154-0490 | PITTSBURGH PA 15219-2125 | 15219 | PA |
| 1.0000 | POLLY FOOTE & | DAN FOOTE | 2845 S BARNES | SPRINGFIELD MO 65804-3915 | 65804 | MO |

| Shares | Name | Address 1 | Address 2 | Address 3 | Address 4 | Zip State |
|---|---|---|---|---|---|---|
| 2.0000 | THOMAS R POOS | 350 10 TIMBER RIDGE DRIVE | WILDER KY 41071-3374 | | | 41071 KY |
| 674.0000 | ROBERT S PRATHER | 4370 PEACHTREE ROAD 5TH FLOOR | ATLANTA GA 30319-3054 | | | 30319 GA |
| 37,383.0000 | ROBERT S PRATHER JR | 4370 PEACHTREE ROAD N E | ATLANTA GA 30319 | | | 30319 GA |
| 34.0000 | RICHARD THOMAS RAE & | PENNY LYN RAE JT TEN | 1112 CHANDLER HAULK RD | LOGANVILLE GA 30052-0000 | | 30052 GA |
| 1.0000 | PARASKIVE RAFTOPOULOS | 8 EISENHOWER DR | BURLINGTON MA 01803 | | | 1803 MA |
| 2.0000 | KIMBERLY RAMSAY | 900 AMANDA COURT | LEXINGTON KY 40515-0000 | | | 40515 KY |
| 1.0000 | AGNES RANKIN | 2109B ST MICHAEL DRIVE | LEXINGTON KY 40502-1131 | | | 40502 KY |
| 30,769.0000 | RAY M DEAVER & | ELLEN DEAVER TR UA AUG 30 02 | RAY & ELLEN DEAVER 2002 LIVING | TRUST | | 76710 TX |
| 1.0000 | RAY & PHYLLIS HOMME | 1701 W 92ND ST | BLOOMINGTON MN 55431-0000 | | | 55431 MN |
| 2.0000 | DON D REID | 1515 MOCKINGBIRD LANE | STE 711 | CHARLOTTE NC 28209 | | 28209 NC |
| 2.0000 | BARBARA DIANE REISINGER CUST | TODD GORDON REISINGER | RT 3 | RED OAK IA 51566 | | |
| 1.0000 | ROBERT C & JANICE C HANSEN | 1205 MC KAIL | LEONARD MI 48367-1439 | | | 48367 MI |
| 45,156.0000 | J MACK ROBINSO | 4370 PEACHTREE ROAD NE | ATLANTA GA 30319-3054 | | | 30319 GA |
| 66,173.0000 | HARRIETT J ROBINSON | 3500 TUXEDO RD NW | ATLANTA GA 30305-1049 | | | 30305 GA |
| 1,904.0000 | HARRIETT J ROBINSON | 4370 PEACHTREE RD NE 5TH FL | ATLANTA GA 30319 | | | 30319 GA |
| 236.0000 | HARRIET J ROBINSON | 4370 PEACHTREE ROAD 5TH FLOOR | ATLANTA GA 30319-3054 | | | 30319 GA |
| 154,756.0000 | J MACK ROBINSON | 4370 PEACHTREE RD NE | ATLANTA GA 30319-3023 | | | 30319 GA |
| 2,180.0000 | J MACK ROBINSON | 4370 PEACHTREE RD NE | ATLANTA GA 30319-3054 | | | 30319 GA |
| 14,125.0000 | JILL E ROBINSON | 3500 TUXEDO RD NW | ATLANTA GA 30305-1049 | | | 30305 GA |
| 63,248.0000 | HARRIETT J ROBINSON TTEE | HARRIETT J ROBINSON TR UA DTD | 08/25/84 FBO JILL E ROBINSON | 4370 PEACHTREE ROAD 5TH FLOOR | | 30319 GA |
| 29.0000 | LEE FISHER ROBINSON | 3 ATHENAEUM HALL | VALE OF HEALTH | LONDON NW3-IAP | | |
| 1,300.0000 | HARRIETT J ROBINSON TRUST | HARRIETT J ROBINSON TR UA | 08 25 84 FBO ROBIN M ROBINSON | 3500 TUXEDO RD NW | | 30305 GA |
| 48,219.0000 | HARRIETT J ROBINSON TR UA | AUG 25 84 FBO ROBIN M ROBINSON | 3500 TUXEDO RD | ATLANTA GA 30305-1049 | | 30305 GA |
| 1,662.0000 | HARRIETT J ROBINSON TTEE U/A | 8 25 84 FBO ROBIN M ROBINSON | 4370 PEACHTREE RD NE | ATLANTA GA 30319-0000 | | 30319 GA |
| 43.0000 | HARRIETT J ROBINSON TRUST H J | ROBINSON TR UA 8/25/84 | FBO ROBIN M ROBINSON | 4370 PEACHTREE RD NE | | 30319 GA |
| 532.0000 | THOMAS Y ROBINSON & | FREDDA S ROBINSON TEN COM | 2282 SOUTH CLAWOOD PL | TUPELO MS 38801-7249 | | 38801 MS |
| 29.0000 | FRANCES M ROGERS | 1206 BRADFORD STREET | EL DORADO AR 71730-3630 | | | 71730 AR |
| 2.0000 | BRIAN ROHRER | 1030 S HIDDEN BROOK TRAIL | PALATINE IL 60067-9101 | | | 60067 IL |
| 1.0000 | ROBERT J ROMAN | 4816 COREY RD | TOLEDO OH 43623-0000 | | | 43623 OH |
| 2.0000 | RONALD F & RITA L DUY | 12871 LITTLE PINE TRL SW | BRAINERD MN 56401 | | | 56401 MN |
| 45.0000 | KATHRYN H ROUNDS | 452 RIDGECREST RD NE | ATLANTA GA 30307-1858 | | | 30307 GA |
| 22.0000 | MARTHA G ROWELL | 114 ELIAS STREET | WEST MONROE LA 71291-7222 | | | 71291 LA |
| 187.0000 | RICHARD D RUPPERT | 3740 THORNBURY DRIVE | SPRINGDALE AR 72764 | | | 72764 AR |
| 202.0000 | MARGO I RUSH | 4335 N ASHLAND AVE 1 | CHICAGO IL 60613-5230 | | | 60613 IL |
| 5.0000 | ALFRED N SAKAMOTO | 12900 SEABECK HWY NW | SEABECK WA 98380-9572 | | | 98380 WA |
| 15.0000 | SANTA MONICA PARTNERS | 1865 PALMER AVE | LARCHMONT NY 10538-3048 | | | 10538 NY |
| 30.0000 | JAMES DAVID SAPP JR & | MICHAEL A SAPP | TEN COM | 3895 HWY 112 | | 31730 GA |
| 2.0000 | HARRY SAVER CUST JEFFREY L | SAVER NY UNIF GIFT MIN ACT | 21 RIDGEDALE RD | SCARSDALE NY 10583-7333 | | 10583 NY |
| 5.0000 | WAYNE D SCHAEFER | PO BOX 398 | MASONVILLE CO 80541-0000 | | | 80541 CO |
| 2.0000 | CARL SCHARWATH | 3440 MARY LN | MOUNT DORA FL 32757-2322 | | | 32757 FL |
| 1.0000 | IRIS SCHOEN & | DARRELL KRESS JT TEN | 4675 S HARRISON RD 133 | TUCSON AZ 85730-4541 | | 85730 AZ |
| 2.0000 | RICHARD SCHOENWETTER | 48 MOUNT VIEW DR | AFTON VA 22920-5033 | | | 22920 VA |
| 101.0000 | MICHAEL J SEAMAN CUST SLOANE | SEAMAN NY UNIF GIFT MIN ACT | 666 GREENWICH ST | APT 503 | | 10014 NY |
| 2.0000 | DENNEY M SEAMSTER & MERLE E | SEAMSTER JT TEN | 5895 VALLEY ST | DALTON GARDENS ID 83815-0000 | | 83815 ID |
| 3.0000 | WILLIAM W SEIBERT III | 111 MARIPOSA DRIVE | MORENCI AZ 85540-0000 | | | 85540 AZ |
| 100.0000 | DAVID J SHAFER | 3898 SWEET BOTTOM DRIVE | DULUTH GA 30096-3157 | | | 30096 GA |
| 67.0000 | GEORGE F SHANNON III | 53 DOROTHY CIRCLE | DENTON MANOR | MILLVILLE DE 19970-9402 | | 19970 DE |
| 22.0000 | SHIRLEY M BUAFO & CHARLES K BUAFO | TR UA MAR 27 91 SHIRLEY M BUAFO | LIVING TRUST | 130 WOODCREST CT | | 31210 GA |
| 166.0000 | JAMES SHROPSHIRE | 2581 ROYSTER | LEXINGTON KY 40516-0000 | | | 40516 KY |
| 166.0000 | THOMAS K SHROPSHIRE | 3079 ROYSTER RD | LEXINGTON KY 40516-0000 | | | 40516 KY |
| 1.0000 | NIRMAL SINGH | 122 20TH ST NE | CAIRO GA 31728-1320 | | | 39828 GA |
| 1.0000 | GEBHARD W SINGLESTAD | 37902 120TH ST | WASECA MN 56093-0000 | | | 56093 MN |
| 481.0000 | MARCIA ARTMAN SIRECI CUST THOMAS | JOSEPH SIRECI III UNDER THE | FLORIDA GIFTS TO MINORS | ACT | | 33040 FL |
| 2.0000 | AUGUSTA H SMITH | 286 FOSTER MOUND ROAD | NATCHEZ MS 39120-9065 | | | 39120 MS |

| Shares | Name | Address 1 | Address 2 | Address 3 | Zip | State |
|---|---|---|---|---|---|---|
| 3.0000 | FLOYD C SMITH & | ISABEL MILLER JT TEN | BOX 7761 | FORT GORDON GA 30905-0761 | 30905 | GA |
| 2.0000 | JAMES H SMITH | 1603 CANTERBURY COURT | LEXINGTON KY 40505-0000 | | 40505 | KY |
| 1.0000 | JOHN C SMITH | PO BOX 417 | PINK HILL NC 28572-0000 | | 28572 | NC |
| 2.0000 | DENNIS SOUKUP CUST | DENISE A SOUKUP | UDR MN UNI GFT TO MINOR | 717 OLD HOWARD MILL RD | 55804 | MN |
| 9.0000 | JIMMY C SPEIR | 3333 SCRAP ISRAEL ROAD | DAWSON GA 39842-3630 | | 39842 | GA |
| 1.0000 | DAVID P SPENCER | 470 WOODVINE AVE | METAIRIE LA 70005 | | 70005 | LA |
| 45.0000 | JOSEPH A SPORTS | 745 SUGAR CREEK TRAIL | CONYERS GA 30094-3809 | | 30094 | GA |
| 2.0000 | NICK SREDY | 3431 RAINBOW RUN RD | ELIZABETH PA 15037-3156 | | 15037 | PA |
| 78.0000 | HARRY C STEPHENSON M D | 7807 CEDAR RIDGE CT | PROSPECT KY 40059-0000 | | 40059 | KY |
| 2.0000 | HOWARD J STILLER & SUSAN P | STILLER JT TEN | 3921 QUAIL HOLLOW RD | ALBANY GA 31721-2829 | 31721 | GA |
| 2.0000 | ED STITES | PO BOX 5062 | FORT WORTH TX 76108 | | | |
| 179,504.0000 | THOMAS J STULTZ | TRIPLE CROWN MEDIA INC | 546 E MAIN STREET | LEXINGTON KY 40508 | 40508 | KY |
| 11.0000 | ROY E SULLIVAN | 2311 GRANITE DR | JOHNSON CITY TN 37604-2172 | | 37604 | TN |
| 1.0000 | MATTHEW SCOTT SUMMERFIELD | 810 WATER STREET | BAKERSVILLE NC 28705-7208 | | 28705 | NC |
| 15.0000 | DEBORAH SUMMERLIN | 146 DARIAN DR | LEESBURG GA 31763-3240 | | 31763 | GA |
| 86.0000 | ROBERT EDWARD SURLES | BOX 249 | SUMMERVILLE GA 30747-0249 | | 30747 | GA |
| 9.0000 | WILLIAM M TANIS | 3612 SUNDART DR | LEXINGTON KY 40517-0000 | | 40517 | KY |
| 1.0000 | TAPER | ATTN - ALAN F BELL | 10101 RICH RD | DEKALB IL 60115-8247 | 60115 | IL |
| 9.0000 | TAUNTON FAMILY CHILDRENS | HOME | PO BOX 870 | WEWAHITCHBA FL 32465-0870 | 32465 | FL |
| 1.0000 | LINDA R TAVLIAN & | PHILIP E TAVLIAN | JT TEN | 2082 W MINARETS | 93711 | CA |
| 1.0000 | CHARLOTTE R TAYLOR | 1136 MOCKSVILLE AVE | SALISBURY NC 28144-0000 | | 28144 | NC |
| 2.0000 | FRANK TAYLOR | 1237 CASS ROAD | MAUMEE OH 43537-0000 | | 43537 | OH |
| 2.0000 | JEAN H TAYLOR | 69 17 62ND DRIE | MIDDLE VILLAGE NY 11379 | | | NY |
| 4.0000 | JUANITA TAYLOR | 14257 STAHELIN | DETROIT MI 48223-2989 | | 48223 | MI |
| 1.0000 | GORDON TELFORD JR CUST | KATHRYN J TELFORD UNDER GA | UNIF TRANSFERS TO MINORS ACT | 2432 AUTUMN MAPLE DR | 30517 | GA |
| 1.0000 | CHARLES J THOMAS & | BRENDA L THOMAS JT TEN | 4032 BURKE AVE N | SEATTLE WA 98103-8318 | 98103 | WA |
| 16.0000 | WILLIAM W THOMASSON | P O BOX 1211 | NEWNAN GA | 30264-1211 | 30264 | GA |
| 1.0000 | DAVID P THOMPSON | 956 ALTADENA CT | TACOMA WA 98466-6801 | | 98466 | WA |
| 2.0000 | JANET N TRIMBLE | 4810 HAMPTON LAKE DR | MARIETTA GA 30068 | | 30068 | GA |
| 2.0000 | CECILE O TROP | 2242 N LINCOLN PKWY 1E | CHICAGO IL 60614 | | 60614 | IL |
| 2.0000 | TERESA T TURNER CUST JOHN | WILLIAM TURNER A MINOR UNDER THE | LAWS OF GEORGIA | 11211 FLATLAND RD | 30572 | GA |
| 2,250.0000 | UBS FINANCIAL SERVICES CDN FBO | ROBERT S PRATHER JR IRA | PO BOX 3321 | WEEHAWKEN NJ 07086-8154 | 7086 | NJ |
| 1.0000 | GLEN B VAN ATTA JR & SONYA VAN | ATTA JT TEN | 121 WESTFIELD DRIVE | LIMA OH 45805-0000 | 45805 | OH |
| 1.0000 | EVELYN VANBLARCUM | 7 STARDUST DR | WARREN NJ 07059 | | 7059 | NJ |
| 238.0000 | WILLIAM B VANN | P O BOX 1336 | AMERICUS GA 31709-1336 | | 31709 | GA |
| 5.0000 | GARY WALDRON | 16963 S PLAINSMAN CIR | PLAINFIELD IL 60586-9270 | | 60586 | IL |
| 3.0000 | JUNE B WASHBURN | P O BOX 1403 | KERNVILLE CA 93238-0000 | | 93238 | CA |
| 11.0000 | SUE E WATKINS | 5602 WILLIAMS RD | NORCROSS GA 30093-4116 | | 30093 | GA |
| 1.0000 | WILLIAM J WEIGEL | 4290 WINDWOOD WAY | MINNETONKA MN 55345-0000 | | 55345 | MN |
| 2.0000 | BRUCE WELLINGTON | 6851 SCHERFF | ORCHARD PK NY 14127-0000 | | 14127 | NY |
| 2.0000 | MIKE WELLS | 2656 TWINBROOKE LN | LEXINGTON KY 40517-0000 | | 40517 | KY |
| 1.0000 | JOHN A WERNER | W 470 CTH N | EDGAR WI 54426 | | | WI |
| 1.0000 | CHARLES W WEST | 5100 JOHN D RYAN BLVD | APT 1108 | SAN ANTONIO TX 78245-3503 | 78245 | TX |
| 1.0000 | GEORGE A & EVELYN J WHITE | JT TEN | 4318 S SUNNY CREEK CIRCLE | SPOKANE WA 99224-0000 | 99224 | WA |
| 1.0000 | RICHARD A WHITE & | PHYLLIS C WHITE JT TEN | PO BOX 858 | WINTER HAVEN FL 33882-0858 | 33882 | FL |
| 1.0000 | MARION C WHITLOW | 13291 HGWY 16 E | MONTICELLO GA 31064-0000 | | | GA |
| 1.0000 | DEAN WHITMAN | 420 NORTH EVERGREEN ROAD STE 105 | SPOKANE VALLEY WA 99216-0000 | | 99216 | WA |
| 225.0000 | JOHN B WHITMORE JR | 2547 BEVERLY BLVD SW | ROANOKE VA 24015-3949 | | 24015 | VA |
| 5.0000 | FREDERICK J WICK & | MARY T WICK JT TEN | RT 313 | MILLINGTON MD 21651-0000 | | MD |
| 2.0000 | CLAY P WICKLINE | 1301 DORCHESTER DR | GEORGETOWN KY 40324-0000 | | 40324 | KY |
| 5.0000 | LANCE J WILDSTEIN | 23 MADISON AVENUE | FANWOOD NJ 07023-1049 | | 7023 | NJ |
| 29.0000 | TERRI MARIE WILKE & | MARGARET C WILKE JT TEN | 13736 CHEROKEE TRAIL | CLEVELAND OH 44130-6840 | 44130 | OH |
| 503.0000 | L O WILKERSON III | 10682 30TH ST | CLEAR LAKE MN 55319-9787 | | 55319 | MN |
| 1.0000 | WILLIAM E & IMOGENE HARRISON | 3489 YOAKAM RD | LIMA OH 45806-0000 | | 45806 | OH |

| | | | | |
|---|---|---|---|---|
| 11.0000 LENORA WINGATE | 1926 HIGHLAND AVE | ALBANY GA 31707-4140 | | 31707 GA |
| 225.0000 ANDREA L WOLFE CUST JEREMY WOLFE | MI UNIF GIFT MIN ACT | 1718 MORNINGSIDE WAY | BLOOMFIELD HILLS MI 48302-1243 | 48302 MI |
| 11.0000 RANDALL WOLLENBERG | 3713 MAJESTIC CT | ST CHARLES MO 63303-1932 | | |
| 1.0000 EDWIN A WOODS & DOROTHY E WOODS | CO TTEES WOODS FAMILY TRUST | UA DTD JUN 16 1997 | 1048 S 72ND ST | 85208 AZ |
| 2.0000 CALVIN WRIGHT | 3018 A EAST PARK CT | ALBANY GA 31705-0000 | | 31705 GA |
| 1.0000 GALLUS F WUKITSCH III | 5930 BOTTOM ROAD | SLATINGTON PA 18080-3121 | | 18080 PA |
| 187.0000 LAURIE A ZINK | 664 MILITIA HILL DR | WEST CHESTER PA 19382 | | 19382 PA |
| 1.0000 LEON J ZLOTNIK & | HELEN M ZLOTNIK JT TEN | 16 WINSLOW ST | GARDNER MA 01440-0000 | 1440 MA |