

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **TRIPLE CROWN MEDIA, INC.**, a Delaware corporation, <br>             Debtor[1] <br><br> Employer Tax I.D. No. 20-3012824 | Chapter 11 <br><br> Case No. 09-13181 (BLS) <br><br> RE: D.I. 2 |
| In re: <br><br> **TRIPLE CROWN MEDIA, LLC**, a Delaware limited liability company, <br>             Debtor <br><br> Employer Tax I.D. No. 20-3012824 | Chapter 11 <br><br> Case No. 09-13182 (BLS) |
| In re: <br><br> **BR ACQUISITION CORP.**, a Georgia corporation, <br>             Debtor <br><br> Employer Tax I.D. No. 58-2458679 | Chapter 11 <br><br> Case No. 09-13184 (BLS) |
| In re: <br><br> **BR HOLDING, INC.**, a Georgia corporation, <br>             Debtor <br><br> Employer Tax I.D. No. 91-1117599 | Chapter 11 <br><br> Case No. 09-13185 (BLS) |
| In re: <br><br> **DATASOUTH COMPUTER CORPORATION**, a Delaware corporation, <br>             Debtor <br><br> Employer Tax I.D. No. 56-1899261 | Chapter 11 <br><br> Case No. 09-13186 (BLS) |
| In re: <br><br> **GRAY PUBLISHING, LLC**, a Delaware limited liability company, <br>             Debtor <br><br> Employer Tax I.D. No. 51-0407061 | Chapter 11 <br><br> Case No. 09-13187 (BLS) |
| In re: <br><br> **CAPITAL SPORTS PROPERTIES, INC.**, a Delaware corporation, <br>             Debtor <br><br> Employer Tax I.D. No. 06-1356084 | Chapter 11 <br><br> Case No. 09-13188 (BLS) |

---

[1] The address of all of the above-captioned Debtors is 725 Old Norcross Road, Lawrenceville, GA 30045.

## ORDER DIRECTING JOINT
## ADMINISTRATION OF RELATED CHAPTER 11 CASES

This matter coming before the Court on the Motion of Debtors and Debtors in Possession for an administrative Order Directing Joint Administration of Related Chapter 11 Cases (the "Motion') filed by the above-captioned debtors or debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of this Motion being sufficient under the circumstances; and the Court having considered the Declaration of Mark G. Meikle in Support of First Day Motions and Applications; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing, therefore, it is hereby:

ORDERED, that the Motion is GRANTED in its entirety; and it is further

ORDERED, that objections to the Motion, if any, shall be and hereby are, OVERRULED; and it is further

ORDERED, that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be administered jointly by the Court under Case No. 09-13181 (BLS); and it is further

ORDERED, that pleadings in these cases are authorized and required to bear a consolidated caption in the form set forth on <u>Annex 1</u> attached hereto and incorporated herein by reference, which caption is approved in all respects; and it is further

ORDERED, that the Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket shall be the file and docket for Triple Crown Media, Inc. (the "Main Case"); and it is further

ORDERED, that a docket entry shall be made on the docket in each of the above-captioned cases (other than the Main Case) substantially as follows:

> "An order has been entered in this case directing the joint administration of the chapter 11 cases of Triple Crown Media, Inc., a Delaware corporation, *et al.* The docket in Case. No. 09-13181 (BLS) should be consulted for all matters affecting this case."

and it is further

ORDERED, that notwithstanding the relief granted herein, any creditor filing a proof of claim against any of the Debtors shall file such proof of claim in such Debtor's individual chapter 11 case and not in the jointly administered case; and it is further

ORDERED, that nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases; and it is further

ORDERED, that incorporation of the Caption set forth herein shall be deemed full compliance with section 342(c)(1) of the Bankruptcy Code; and it is further

ORDERED, that this Court shall retain jurisdiction over all matters arising from or related to the interpretation, implementation and enforcement of this Order; and it is further

ORDERED, that this Order is effective immediately upon entry.

Dated: September 15, 2009
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

3117999

# ANNEX 1

# [FORM OF CAPTION]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| **TRIPLE CROWN MEDIA, INC., et al.**[1] | Case No. 09-13181 (BLS) |
| Debtors. | Jointly Administered |

# [TITLE OF PLEADING OR OTHER DOCUMENT]

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Triple Crown Media, Inc. (2824) (Case No. 09-13181), Triple Crown Media, LLC (2824) (Case No. 09-13182), BR Acquisition Corp. (8679) (Case No. 09-13184), BR Holding, Inc. (7599) (Case No. 09-13185), Datasouth Computer Corporation (9261) (Case No. 09-13186), Gray Publishing, LLC (7061) (Case No. 09-13187), and Capital Sports Properties, Inc. (6084) (Case No. 09-13188). The service address for all of the Debtors for purposes of these chapter 11 cases is: 725 Old Norcross Road, Lawrenceville, GA 30045.