UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

IN THE MATTER OF: Chapter 11

Triple Crown Media, Inc., et al.

    Joint Debtors.     Case No. 09-13181-BLS

STATEMENT THAT UNSECURED CREDITORS'
COMMITTEE HAS NOT BEEN APPOINTED

TO: THE CLERK OF THE BANKRUPTCY COURT

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )  Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( )  No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( X )  Insufficient response to the United States Trustee communication/contact for service on the committee.

( )  No unsecured creditor interest

( )  Non-operating debtor-in-possession - - No creditor interest.

( )  Application to convert to Chapter 7 or to dismiss pending.

( )  Converted or dismissed.

( )  Other:

    **ROBERTA A. DeANGELIS,**
    **ACTING UNITED STATES TRUSTEE**

    /s/ David L. Buchbinder
    William K. Harrington
    Assistant United States Trustee

DATED: September 25, 2009
Trial Attorney Assigned to Case: David L. Buchbinder
cc: Attorney for Debtor: Robert J. Dehney, Esq.; Gregory T. Donilon; Morris Nichols Arsht & Tunnell LLP